1  David M. Barkan (CA 160825 / barkan@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 400
   Redwood City, CA  94063
3  Tel: (650) 839-5070 / Fax: (650) 839-5071

4  Robert Courtney (CA 248392 / courtney@fr.com)
   FISH & RICHARDSON P.C.
5  60 South Sixth St., Suite 3200
   Minneapolis, MN 55402
6  Tel: (612) 335-5070

7  A. Louis Dorny (CA 212054 / ldorny@tesla.com)
   TESLA, INC.
8  3000 Hanover St.
   Palo Alto, CA 94304
9  Tel: (510) 298-8516

10 Paul Margulies (*pro hac application to be filed*)
   pmargulies@tesla.com
11 TESLA, INC.
   800 Connecticut Ave. NW
12 Washington, DC 20006
   Tel: (202) 695-5388
13
   Attorneys for Plaintiff, TESLA, INC.
14

15                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
16                        SAN JOSE DIVISION

17 | TESLA, INC., | Case No. 5:24-cv-03615-EJD
18 |              Plaintiff, |
19 |     v. | **DECLARATION OF ROBERT COURTNEY IN SUPPORT OF TESLA, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**
20 | MATTHEWS INTERNATIONAL CORPORATION, a Pennsylvania corporation, |
21 |              Defendant. | Date:    October 3, 2024
22 |                         | Time:    9:00 a.m.
23 |                         | Place:   Courtroom 4, 5th Floor
                              Judge:   Hon. Edward J. Davila

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

COURTNEY DECL ISO TESLA'S OPP TO
DEF'S MOTION TO COMPEL ARBITRATION
Case No. 5:24-cv-03615-EJD

I, Robert Courtney, hereby declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record in this action for Plaintiff Tesla, Inc. ("Tesla"). I am a member of the Bar of the State of California. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so. I submit this Declaration in support of Tesla's Opposition to Matthews International Corporation's Motion to Compel Arbitration.

2. Attached as Exhibit 1 is a true and correct copy of a February 12, 2021 email from Greg Babe, Matthews, to Roshan Shankar, Tesla.

3. Attached as Exhibit 2 is a true and correct copy of ██████████████████████████████████████████████████████████████████████████████████████. (FILED UNDER SEAL)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of July, 2024 at Washington, D.C.

                                        */s/ Robert Courtney*
                                        Robert Courtney