| | |
|---|---|
| 1 | David C. Kiernan (SBN 215335) |
|   | dkiernan@jonesday.com |
| 2 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, California  94104 |
|   | Telephone:     +1.415.626.3939 |
| 4 | Facsimile:      +1.415.875.5700 |
| | |
| 5 | Ryan K. Walsh (*Pro Hac Vice*) |
|   | rkwalsh@jonesday.com |
| 6 | JONES DAY |
|   | 1221 Peachtree Street, N.E. |
| 7 | Atlanta, GA  30361 |
|   | Telephone:     (404) 521-3939 |
| 8 | Facsimile:      (404) 581-8330 |
| | |
| 9 | Stuart W. Yothers (*Pro Hac Vice*) |
|   | syothers@jonesday.com |
| 10 | JONES DAY |
|    | 250 Vesey Street |
| 11 | New York, NY  10281 |
|    | Telephone:     (212) 326-3939 |
| 12 | Facsimile:      (212) 755-7306 |
| | |
| 13 | *Attorneys for Defendant* |
|    | *Matthews International Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., | Case No. 24-cv-03615-EJD |
| Plaintiff, | DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| v. | |
| MATTHEWS INTERNATIONAL CORPORATION, | |
| Defendant. | Judge:   Hon. Edward J. Davila |
| | Complaint Filed:   June 14, 2024 |

Defendant Matthews International Corporation hereby notifies the Court that it does not oppose Plaintiff Tesla's Administrative Motion to File Under Seal (ECF No. 32).

Dated: July 15, 2024

JONES DAY

By: */s/ Ryan K. Walsh*
       Ryan K. Walsh

Attorneys for Defendant
Matthews International Corporation