# EXHIBIT C5

# PUBLIC-REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL