# EXHIBIT C6

## PUBLIC-REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL