# EXHIBIT C7

## PUBLIC-REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL