David M. Barkan (CA 160825 / barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070 / Fax: (650) 839-5071

Robert Courtney (CA 248392 / courtney@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth St., Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070

A. Louis Dorny (CA 212054 / ldorny@tesla.com)
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: (510) 298-8516

Paul Margulies (*pro hac vice* / pmargulies@tesla.com)
TESLA, INC.
800 Connecticut Ave. NW
Washington, DC 20006
Tel: (202) 695-5388

Attorneys for Plaintiff, TESLA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

TESLA, INC.,

Plaintiff,

v.

MATTHEWS INTERNATIONAL CORPORATION, a Pennsylvania corporation,

Defendant.

Case No. 5:24-cv-03615-EJD-VKD

**[PROPOSED] ORDER GRANTING PLAINTIFF TESLA, INC.'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

[redacted]

**[redacted]REDACTED DOCUMENT SOUGHT TO BE SEALED**

## I. TESLA'S PROPOSED ORDER GRANTING ITS EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

The Court having considered the Emergency Motion by Tesla, Inc. for a Temporary Restraining Order, and all arguments and submissions presented by the parties with respect to said Motion, the Court finds that good cause supports granting the Motion. The Motion thus should be, and hereby is, GRANTED.

Accordingly, the Court orders as follows:

1. Defendant Matthews International Corporation ("Matthews"), its subsidiaries, officers, agents, servants, employees and attorneys, and all those in active concert or participate with them, are as of this day ENJOINED AND ORDERED to cease and refrain from selling, attempting to sell, disclosing, or attempting to disclose any article, document, equipment, or other matter comprising Tesla's valuable trade secrets relating to dry battery electrode ("DBE") manufacture and/or Tesla's [redacted] DBE tool. This specifically includes Matthews's demonstration to third parties of equipment based on [redacted].

2. Matthews is also ORDERED to immediately produce information sufficient to completely demonstrate the design and operation of the DBE equipment Matthews has demonstrated or plans to demonstrate to companies other than Tesla.

IT IS SO ORDERED.

Dated: ____________________, 2025

______________________________
Hon. Edward J. Davila
United States District Court

## II. TESLA'S PROPOSED ORDER TO SHOW CAUSE WHY TESLA'S REQUESTED RELIEF SHOULD NOT BE GRANTED

**TO DEFENDANT MATTHEWS INTERNATIONAL CORPORATION AND ITS COUNSEL OF RECORD:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** at __________ on __________________, 2025, or as soon thereafter as counsel may be heard in the courtroom of

the Honorable Edward J. Davila, located at 280 South 1st Street, Courtroom 4, 5th Floor, San Jose, CA 95113, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rules 7-10 and 65-1 restraining and enjoining Matthews International Corporation ("Matthews"), its subsidiaries, officers, agents, servants, employees and attorneys, and all those in active concert or participate with them, during the pendency of this action, as follows:

1. Enjoining Matthews from selling, attempting to sell, disclosing, or attempting to disclose any article, document, equipment, or other matter comprising Tesla's valuable trade secrets relating to dry battery electrode ("DBE") manufacture and/or Tesla's [redacted] DBE tool. This specifically includes Matthews' demonstration to third parties of equipment based on [redacted].

2. Ordering Matthews to immediately produce information sufficient to completely demonstrate the design and operation of the DBE equipment Matthews has demonstrated or plans to demonstrate to companies other than Tesla.

Any response or opposition to this Order to Show Cause must be filed and served on Plaintiff's counsel no later than five days before the date set for hearing, and proof of service filed no later than two days before the hearing.

IT IS SO ORDERED.

Dated: ______________________, 2025

______________________________________
Hon. Edward J. Davila
United States District Court