| | |
|---|---|
| 1 | David C. Kiernan (SBN 215335) |
| | dkiernan@jonesday.com |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone:   (415) 875-5745 |
| 4 | Facsimile:   (415) 875-5700 |
| 5 | Ryan K. Walsh |
| | (*pro hac vice*) |
| 6 | rkwalsh@jonesday.com |
| | JONES DAY |
| 7 | 1221 Peachtree Street, N.E. |
| | Atlanta, GA 30361 |
| 8 | New York, NY 10281 |
| | Telephone:   (404) 521-3939 |
| 9 | Facsimile:   (404) 581-8330 |
| 10 | Stuart W. Yothers |
| | (*pro hac vice*) |
| 11 | syothers@jonesday.com |
| | JONES DAY |
| 12 | 250 Vesey Street |
| | New York, NY 10281 |
| 13 | Telephone:   (212) 326-3939 |
| | Facsimile:   (212) 755-7306 |
| 14 | |
| 15 | *Attorneys for Defendant Matthews International Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TESLA, INC., | | Case No. 24-cv-03615-EJD |
| | Plaintiff, | **DECLARATION OF JACOB MILLER IN SUPPORT OF MATTHEWS' OPPOSITION TO TESLA, INC.'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | | |
| MATTHEWS INTERNATIONAL CORPORATION, | | |
| | Defendant. | Date:   February 11, 2025 |
| | | Time:   4:00 PM |
| | | Place:   Courtroom 4, 5th Floor |
| | | Judge:   Hon. Edward J. Davila |

**PUBLIC / REDACTED VERSION**

24-cv-03615-EJD                              - 1 -                              Miller Decl. ISO Matthews'
                                                                                Opposition to Tesla's Mot. for TRO

I, Jacob Miller, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice law in the state of New York. I have been admitted *pro hac vice* in this action. I am an associate at Jones Day, attorneys of record for Matthews International Corporation ("Matthews") in this matter. I make this declaration in support of Matthews' Opposition to Tesla, Inc.'s Emergency Motion for a Temporary Restraining Order.

2. I believe the facts stated herein to be true based upon my own personal knowledge. I could and would testify competently thereto if called and sworn as a witness.

3. Attached as Exhibit 1 is a true and correct copy of a downloaded summary from Yahoo Finance of Matthews' NASDAQ stock price from the period June 13 to June 19, 2024.

4. Attached as Exhibit 2 is a true and correct copy of a report dated August 6, 2024, titled "Moody's Ratings downgrades Matthews' CFR to B1 from Ba3 on weakening operating performance."

5. Attached as Exhibit 3 is a true and correct copy of a letter from Robert Courtney to Ryan Walsh, dated November 18, 2024, with the subject line ████████████████████████████████████████████████████████████.

6. Attached as Exhibit 4 is a true and correct copy of Tesla's ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

7. Attached as Exhibit 5 is a true and correct copy of ████████████████████████████████████████████████████████████████████████.

8. Attached as Exhibit 6 is a true and correct copy of ████████████████████████████████████████████████████████████████.

9. Attached as Exhibit 7 is a true and correct copy of a letter ████████████████████████████████████████████████████████████████.

10. Attached as Exhibit 8 is a true and correct copy of an email ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

11. Attached as Exhibit 9 is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████.

12. Attached as Exhibit 10 is a true and correct copy of a downloaded summary from Yahoo Finance of Matthews' NASDAQ stock price from the period February 3 to February 8, 2025.

13. Attached as Exhibit 11 is a true and correct copy of █████████████████████████████████████████████████.

14. Attached as Exhibit 12 is a true and correct copy of the United States Patent and Trademark Office file wrapper for Matthews' Application No. 62/796,333, ███████████████████████████████████████████████████████████.

15. Attached as Exhibit 13 is a true and correct copy of a document █████████████████████████████████████████████.

16. Attached as Exhibit 14 is a true and correct copy of excerpts from ███████████████████████████████████████.

17. Attached as Exhibit 15 is a true and correct copy of excerpts from ███████████████████████.

18. Attached as Exhibit 16 is a true and correct copy of excerpts from Thomas Hackfort's notebook depicting the "all-in-one" machine, ████████████████████.

███████████████████████████.

19. Attached as Exhibit 17 is a true and correct copy of excerpts from ███████████████████████████████████████████████████████.

20. Attached as Exhibit 18 is a true and correct copy of a downloaded article from the Wall Street Journal, titled "Tesla Sues EV-Battery Supplier Over Alleged Disclosure of Trade Secrets," dated June 17, 2024.

21. Attached as Exhibit 19 is a true and correct copy of a downloaded article from Reuters, titled "Tesla sues ex-supplier Matthews over EV battery trade secrets."

22. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, on February 10, 2025.

By: *Jacob Miller* (signature)
Jacob Miller