**EXHIBIT 1 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

Summary   News   Research   Chart   Community   Statistics   Historical Data   Profile   Financials   Analysis   Options   Holders   Sustainability

NasdaqGS - Nasdaq Real Time Price • USD

# Matthews International Corporation (MATW)    ☆ Follow   ⇄ Compare

**26.55** **-2.92 (-9.93%)**
At close: February 7 at 4:00:01 PM EST

**26.55** **+0.00 +(0.02%)**
After hours: February 7 at 6:55:55 PM EST ◖

[ Jun 13, 2024 - Jun 19, 2024 ⌄ ]    [ Historical Prices ⌄ ]    [ Daily ⌄ ]

Currency in USD    🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|------|------|------|-----|---------|-------------|--------|
| Jun 18, 2024 | 24.29 | 24.61 | 23.42 | 24.31 | 23.89 | 463,400 |
| Jun 17, 2024 | 26.23 | 26.44 | 24.32 | 24.57 | 24.15 | 547,300 |
| Jun 14, 2024 | 26.54 | 26.71 | 26.15 | 26.45 | 25.99 | 190,300 |
| Jun 13, 2024 | 27.06 | 27.19 | 26.54 | 27.01 | 26.54 | 107,600 |

## Related Tickers

| GFF | DLX | VMI | MDU | BOOM | CODI | BBU | BOC |
|-----|-----|-----|-----|------|------|-----|-----|
| Griffon Corporation | Deluxe Corporation | Valmont Industries, Inc. | MDU Resources Group,... | DMC Global Inc. | Compass Diversified | Brookfield Business Pa... | Boston Omaha Corpor... |
| 79.04 -2.29% | 18.87 -5.74% | 328.11 -0.82% | 16.57 -2.13% | 7.92 +0.13% | 20.50 -2.10% | 22.69 +1.39% | 14.70 -2.39% |


Relax in The Peninsula
Spa & Wellness Center

**yahoo!**finance

Copyright © 2025 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**ABOUT**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans

1

**EXHIBIT 2 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Rating Action:** **Moody's Ratings downgrades Matthews' CFR to B1 from Ba3 on weakening operating performance; outlook changed to stable from negative**

06 Aug 2024

New York, August 06, 2024 -- Moody's Ratings (Moody's) downgraded Matthews International Corporation's ("Matthews") corporate family rating ("CFR") to B1 from Ba3, and its probability of default rating to B1-PD from Ba3-PD. At the same time, we also downgraded the ratings on the company's $300 million senior unsecured notes due December 2025 to B3 from B2. The speculative grade liquidity ("SGL") rating is SGL-2. Following the rating downgrades, we changed the outlook to stable from negative. Matthews is a designer, manufacturer and marketer of memorialization products, brand solutions and industrial automation solutions.

The rating downgrades were driven by weaker than anticipated operating performance and our expectation that Matthews' revenue will decline over the next 12-18 months. We anticipate financial Debt/EBITDA leverage will remain high around 5.0x based on our calculation, and free cash flow-to-debt will be sustained in the low single-digit range. Our expectation for weaker operating results, compared to historical levels, combined with credit metric deterioration contributed to the rating downgrades. The company's ongoing legal dispute with major customer, Tesla Inc. ("Tesla", Baa3 stable), was also a negative credit consideration.

RATINGS RATIONALE

Matthews' B1 CFR is constrained by recent declines in revenue and profitability primarily in its Industrial Technologies Segment, as well as the company's high financial leverage. We expect debt-to-EBITDA around 5x over the next 12 to 18 months. We anticipate lower sales in the company's Memorialization and Industrial Technologies segments, along with relatively flat top-line growth in its SGK Brand business, as price increase initiatives will not be able to fully offset diminishing demand. The credit profile also reflects risks to the company's operating performance, particularly due to a shift in product mix towards lower-margin offerings like cremation and converting line products, uncertainty in its energy storage business, and higher

costs for materials and labor.

All financial metrics cited reflect our standard adjustments.

The company's ongoing dispute with Tesla Inc., a major client of its energy storage solutions business which has alleged that the company has misappropriated Tesla's trade secrets, is a negative credit development. Matthews maintains that these allegations have no substantial impact on its operations. In addition, Matthews has experienced significant delivery delays due to Tesla's installation readiness, which has pressured working capital and cash flow generation. The ongoing confidential dispute with Tesla introduces considerable uncertainty regarding the long-term prospects of Matthews' energy storage business, a component of the company's Industrial Technologies segment (the segment accounts for 28% of revenue as of 30 June 2024). The dispute restricts Matthews' ability to market its dry battery electrode solutions to other automakers and could potentially put the company at risk of losing its intellectual property rights related to the technology. The dispute increases uncertainty and could place considerable strain on Matthews' operational performance.

Matthews' credit profile benefits from its leading position in the memorialization segment, given the generally stable demand for its caskets and other funeral products. The memorialization segment accounted for 46% of the revenue for the 12-month period ending 30 June 2024, contributing high margins and predictable cash flow to support Matthews' growth. The company is well-positioned to profit from the industry's gradual shift from traditional burials to cremation. We also consider the potential long-term growth of the Industrial Technologies segment a credit positive, primarily in the energy storage solutions business, amid rising demand for energy solutions in electric vehicles and renewable energy systems.

The B3 rating on the $300 million senior unsecured notes due December 2025 is two notches below the B1 CFR, reflecting its junior position in the capital structure in relation to the company's secured debt, which includes a $750 million revolving credit facility (unrated) due 2029.

Matthews' SGL-2 rating reflects our expectation that the company will maintain a good liquidity profile over the next 12 to 15 months, with $43 million of cash on hand as of 30 June 2024, roughly $248 million of available capacity under its $750 million revolving credit facility due 2029 (unrated), and our expectation of free cash flow to debt in the low single-digit percentage range over the next 12 to 15 months. As of 30 June 2024, the company had a cash flow deficit, with a negative free cash flow-to-debt ratio of 1.4%, which we expect will improve. The company has a significant amount of working capital tied up in the energy storage business, which could be released as more equipment is delivered in the latter half of the fiscal year, thus improving the company's operating cash flow. As of 30 June 2024, Matthews had approximately $499 million in outstanding borrowings under its $750 million revolving credit facility expiring in January 2029 (unrated). This revolver is primarily employed

for seasonal working capital needs and discretionary purposes. Under the terms of the revolving credit facility, Matthews is required to maintain a net leverage ratio (as defined in the agreement) of less than or equal to 4.5x and an interest coverage ratio of greater than or equal to 3.0x. Upon a permitted acquisition, Matthews may elect a temporary leverage increase on a one-time basis, subject to a net leverage ratio of up to 5.0x and a secured net leverage of up to 4.0x for the subsequent four quarters. We expect the company to be in and maintain compliance with all covenants. Matthews senior unsecured notes are due December 2025. We anticipate that the company will be able to refinance this debt prior to its maturity date.

In addition, Matthews, through Matthews Receivables Funding Corporation, LLC ("Matthews RFC"), regularly sells its trade receivables up to $125 million to a financial institution for an equivalent cash amount under a Receivables Purchase Agreement (RPA), set to expire in March 2026. As of 30 June 2024, there was approximately $19.9 million available under this agreement. Furthermore, Matthews, through its U.K. subsidiary, utilizes non-recourse receivable factoring arrangements with third-party financial institutions to assist in managing working capital. As of 30 June 2024, there was approximately $16 million available through these arrangements.

The stable outlook reflects our expectation of a revenue decline in the low single-digit percentage range and limited free cash flow generation over the next 12-18 months, which could constrain the company's capacity to repay debt or invest in growth opportunities. We anticipate that debt-to-EBITDA will remain high, around 5.0x, and the free cash flow-to-debt ratio will be in the low single-digit percentage range. We forecast an EBITDA margin of around 11% and interest coverage, calculated as EBITA-to-interest expense, of at least 2x over the same period.

FACTORS THAT COULD LEAD TO AN UPGRADE OR DOWNGRADE OF THE RATINGS

The ratings could be upgraded if Matthews demonstrates sustained revenue growth and profit margin expansion, while maintaining debt-to-EBITDA below 4.75x. A ratings upgrade would also require good liquidity and free cash flow-to-total-debt approaching the high single-digit range or higher.

The ratings could be downgraded if Matthews experiences a material contraction in revenue or profitability, free cash flow generation weakens, or liquidity deteriorates. The ratings could also be downgraded if the company adopts more aggressive financial policies that lead to debt-to-EBITDA remaining above 5.5x.

The principal methodology used in this rating was Business and Consumer Services published in November 2021 and available at https://ratings.moodys.com/rmc-documents/356424. Alternatively, please see the Rating Methodologies page on https://ratings.moodys.com for a copy of this methodology.

Matthews (NASDAQ: MATW), headquartered in Pittsburgh, PA, is a designer,

manufacturer and marketer of memorialization products, brand solutions and industrial automation solutions. We expect Matthews to generate revenue of nearly $1.8 billion in 2024.

REGULATORY DISCLOSURES

For further specification of Moody's key rating assumptions and sensitivity analysis, see the sections Methodology Assumptions and Sensitivity to Assumptions in the disclosure form. Moody's Rating Symbols and Definitions can be found on https://ratings.moodys.com/rating-definitions .

For any affected securities or rated entities receiving direct credit support/credit substitution from another entity or entities subject to a credit rating action (the supporting entity), and whose ratings may change as a result of a credit rating action as to the supporting entity, the associated regulatory disclosures will relate to the supporting entity. Exceptions to this approach may be applicable in certain jurisdictions.

For ratings issued on a program, series, category/class of debt or security, certain regulatory disclosures applicable to each rating of a subsequently issued bond or note of the same series, category/class of debt, or security, or pursuant to a program for which the ratings are derived exclusively from existing ratings, in accordance with Moody's rating practices, can be found in the most recent Credit Rating Announcement related to the same class of Credit Rating.

For provisional ratings, the Credit Rating Announcement provides certain regulatory disclosures in relation to the provisional rating assigned, and in relation to a definitive rating that may be assigned subsequent to the final issuance of the debt, in each case where the transaction structure and terms have not changed prior to the assignment of the definitive rating in a manner that would have affected the rating.

Moody's does not always publish a separate Credit Rating Announcement for each Credit Rating assigned in the Anticipated Ratings Process or Subsequent Ratings Process.

These ratings are solicited. Please refer to Moody's Policy for Designating and Assigning Unsolicited Credit Ratings available on its website https://ratings.moodys.com.

Regulatory disclosures contained in this press release apply to the credit rating and, if applicable, the related rating outlook or rating review.

The Global Scale Credit Rating(s) discussed in this Credit Rating Announcement was(were) issued by one of Moody's affiliates outside the EU and UK and is(are) endorsed for use in the EU and UK in accordance with the EU and UK CRA Regulation.

Please see https://ratings.moodys.com for any updates on changes to the lead rating analyst and to the Moody's legal entity that has issued the rating.

Please see the issuer/deal page on https://ratings.moodys.com for additional regulatory disclosures for each credit rating.

Lana Kulikova
Analyst
Corporate Finance Group
Moody's Investors Service, Inc.
250 Greenwich Street
New York, NY 10007
U.S.A.
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653

Andrea Usai
Associate Managing Director
Corporate Finance Group
JOURNALISTS: 44 20 7772 5456
Client Service: 44 20 7772 5454

Releasing Office:
Moody's Investors Service, Inc.
250 Greenwich Street
New York, NY 10007
U.S.A.
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653

---

© 2024 Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

**CREDIT RATINGS ISSUED BY MOODY'S CREDIT RATINGS AFFILIATES ARE THEIR CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES, AND MATERIALS, PRODUCTS, SERVICES AND INFORMATION PUBLISHED BY MOODY'S (COLLECTIVELY, "PUBLICATIONS") MAY INCLUDE SUCH CURRENT OPINIONS. MOODY'S DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT OR**

**IMPAIRMENT. SEE APPLICABLE MOODY'S RATING SYMBOLS AND DEFINITIONS PUBLICATION FOR INFORMATION ON THE TYPES OF CONTRACTUAL FINANCIAL OBLIGATIONS ADDRESSED BY MOODY'S CREDIT RATINGS. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS, NON-CREDIT ASSESSMENTS ("ASSESSMENTS"), AND OTHER OPINIONS INCLUDED IN MOODY'S PUBLICATIONS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. MOODY'S PUBLICATIONS MAY ALSO INCLUDE QUANTITATIVE MODEL-BASED ESTIMATES OF CREDIT RISK AND RELATED OPINIONS OR COMMENTARY PUBLISHED BY MOODY'S ANALYTICS, INC. AND/OR ITS AFFILIATES. MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS DO NOT CONSTITUTE OR PROVIDE INVESTMENT OR FINANCIAL ADVICE, AND MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS ARE NOT AND DO NOT PROVIDE RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS DO NOT COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MOODY'S ISSUES ITS CREDIT RATINGS, ASSESSMENTS AND OTHER OPINIONS AND PUBLISHES ITS PUBLICATIONS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL, WITH DUE CARE, MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.**

MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS, AND PUBLICATIONS ARE NOT INTENDED FOR USE BY RETAIL INVESTORS AND IT WOULD BE RECKLESS AND INAPPROPRIATE FOR RETAIL INVESTORS TO USE MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS OR PUBLICATIONS WHEN MAKING AN INVESTMENT DECISION. IF IN DOUBT YOU SHOULD CONTACT YOUR FINANCIAL OR OTHER PROFESSIONAL ADVISER.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT.

MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS ARE NOT INTENDED FOR USE BY ANY PERSON AS A BENCHMARK AS THAT TERM IS DEFINED FOR REGULATORY PURPOSES AND

MUST NOT BE USED IN ANY WAY THAT COULD RESULT IN THEM BEING
CONSIDERED A BENCHMARK.

All information contained herein is obtained by MOODY'S from sources believed by it
to be accurate and reliable. Because of the possibility of human or mechanical error
as well as other factors, however, all information contained herein is provided "AS IS"
without warranty of any kind. MOODY'S adopts all necessary measures so that the
information it uses in assigning a credit rating is of sufficient quality and from sources
MOODY'S considers to be reliable including, when appropriate, independent third-
party sources. However, MOODY'S is not an auditor and cannot in every instance
independently verify or validate information received in the credit rating process or in
preparing its Publications.

To the extent permitted by law, MOODY'S and its directors, officers, employees,
agents, representatives, licensors and suppliers disclaim liability to any person or
entity for any indirect, special, consequential, or incidental losses or damages
whatsoever arising from or in connection with the information contained herein or the
use of or inability to use any such information, even if MOODY'S or any of its
directors, officers, employees, agents, representatives, licensors or suppliers is
advised in advance of the possibility of such losses or damages, including but not
limited to: (a) any loss of present or prospective profits or (b) any loss or damage
arising where the relevant financial instrument is not the subject of a particular credit
rating assigned by MOODY'S.

To the extent permitted by law, MOODY'S and its directors, officers, employees,
agents, representatives, licensors and suppliers disclaim liability for any direct or
compensatory losses or damages caused to any person or entity, including but not
limited to by any negligence (but excluding fraud, willful misconduct or any other type
of liability that, for the avoidance of doubt, by law cannot be excluded) on the part of,
or any contingency within or beyond the control of, MOODY'S or any of its directors,
officers, employees, agents, representatives, licensors or suppliers, arising from or in
connection with the information contained herein or the use of or inability to use any
such information.

NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS,
COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR
PURPOSE OF ANY CREDIT RATING, ASSESSMENT, OTHER OPINION OR
INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER
WHATSOEVER.

Moody's Investors Service, Inc., a wholly-owned credit rating agency subsidiary of
Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities
(including corporate and municipal bonds, debentures, notes and commercial paper)
and preferred stock rated by Moody's Investors Service, Inc. have, prior to
assignment of any credit rating, agreed to pay to Moody's Investors Service, Inc. for

credit ratings opinions and services rendered by it fees ranging from $1,000 to approximately $5,000,000. MCO and Moody's Investors Service also maintain policies and procedures to address the independence of Moody's Investors Service credit ratings and credit rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold credit ratings from Moody's Investors Service, Inc. and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Investor Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

Additional terms for Australia only: Any publication into Australia of this document is pursuant to the Australian Financial Services License of MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657AFSL 336969 and/or Moody's Analytics Australia Pty Ltd ABN 94 105 136 972 AFSL 383569 (as applicable). This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001. MOODY'S credit rating is an opinion as to the creditworthiness of a debt obligation of the issuer, not on the equity securities of the issuer or any form of security that is available to retail investors.

Additional terms for Japan only: Moody's Japan K.K. ("MJKK") is a wholly-owned credit rating agency subsidiary of Moody's Group Japan G.K., which is wholly-owned by Moody's Overseas Holdings Inc., a wholly-owned subsidiary of MCO. Moody's SF Japan K.K. ("MSFJ") is a wholly-owned credit rating agency subsidiary of MJKK. MSFJ is not a Nationally Recognized Statistical Rating Organization ("NRSRO"). Therefore, credit ratings assigned by MSFJ are Non-NRSRO Credit Ratings. Non-NRSRO Credit Ratings are assigned by an entity that is not a NRSRO and, consequently, the rated obligation will not qualify for certain types of treatment under U.S. laws. MJKK and MSFJ are credit rating agencies registered with the Japan Financial Services Agency and their registration numbers are FSA Commissioner (Ratings) No. 2 and 3 respectively.

MJKK or MSFJ (as applicable) hereby disclose that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MJKK or MSFJ (as applicable) have, prior to assignment of any credit rating, agreed to pay to MJKK or MSFJ (as applicable) for credit ratings opinions and services rendered by it fees ranging from JPY100,000 to approximately JPY550,000,000.

MJKK and MSFJ also maintain policies and procedures to address Japanese

regulatory requirements.

1

2

**EXHIBIT 3 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

3

**FILED UNDER SEAL**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 4 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

**EXHIBIT 5 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

**EXHIBIT 6 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 7 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

**EXHIBIT 8 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

**EXHIBIT 9 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 10 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

Summary  News  Research ^  Chart  Community  Statistics  Historical Data  Profile  Financials  Analysis  Options  Holders  Sustainability

NasdaqGS - Nasdaq Real Time Price • USD

# Matthews International Corporation (MATW)    ☆ Follow    ⇅ Compare

**26.55** **-2.92 (-9.93%)**
At close: February 7 at 4:00:01 PM EST

**26.55** **+0.00 +(0.02%)**
After hours: February 7 at 6:55:55 PM EST ☾

[ Feb 03, 2025 - Feb 08, 2025 ⌄ ]    [ Historical Prices ⌄ ]    [ Daily ⌄ ]

Currency in USD    🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|------|------|------|-----|---------|-------------|--------|
| Feb 7, 2025 | 27.09 | 27.84 | 25.57 | 26.55 | 26.55 | 768,000 |
| Feb 6, 2025 | 30.50 | 30.96 | 28.10 | 29.47 | 29.47 | 729,000 |
| Feb 5, 2025 | 27.16 | 27.52 | 25.89 | 26.74 | 26.74 | 1,038,200 |
| Feb 4, 2025 | 27.81 | 28.09 | 27.11 | 27.11 | 27.11 | 245,600 |
| Feb 3, 2025 | 27.37 | 28.89 | 26.93 | 27.94 | 27.94 | 178,300 |

## Related Tickers

| GFF | DLX | VMI | MDU | BOOM | CODI | BBU | BOC |
|-----|-----|-----|-----|------|------|-----|-----|
| Griffon Corporation | Deluxe Corporation | Valmont Industries, Inc. | MDU Resources Group... | DMC Global Inc. | Compass Diversified | Brookfield Business Pa... | Boston Omaha Corpor... |
| 79.04 -2.29% | 18.87 -5.74% | 328.11 -0.82% | 16.57 -2.13% | 7.92 +0.13% | 20.50 -2.10% | 22.69 +1.39% | 14.70 -2.39% |


Faster response times. Better experience.    SRSA ELEVA
RESPONSIVE LOAN AGENT >

 **yahoo!finance**

Copyright © 2025 Yahoo.
All rights reserved.

𝕏  f  in

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**ABOUT**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans

**EXHIBIT 11 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

1

2

**EXHIBIT 12 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 62/793,333 | 01/16/2019 | Porter Mitchell | MAX.409PR |

**CONFIRMATION NO. 1719**

21269
TROUTMAN PEPPER HAMILTON SANDERS LLP
UNION TRUST BUILDING
501 GRANT STREET, SUITE 300
PITTSBURGH, PA 15219-4429

**IMPROPER CPOA LETTER**

*OC000000136987380*

Date Mailed: 12/09/2022

## NOTICE REGARDING POWER OF ATTORNEY

This is in response to the power of attorney filed 12/06/2022. The power of attorney in this application is not accepted for the reason(s) listed below:

• The power of attorney has not been accepted because the party who is giving power has not been identified. Power of attorney may only be signed by the applicant for patent (37 CFR 1.42) or the patent owner. A party who is not the applicant must become the applicant in accordance with 37 CFR 1.46(c) and appoint any power of attorney in compliance with 37 CFR 3.71 and 3.73. For a reissue application, reexamination proceeding, or supplemental examination proceeding, a patent owner who was not the applicant under 37 CFR 1.46 must appoint any power of attorney in compliance with 37 CFR 3.71 and 3.73. See 37 CFR 1.32(b)(4).

/byemane-brehan/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

186093
DLA Piper LLP (US)/Matthews
1650 Market Street, Suite 5000
Philadelphia, PA 19103
UNITED STATES

page 1 of 1

**CLAIMANTS'
EXHIBIT
C317**

*Matthews International Corp. et al.
v. Tesla, Inc.*
JAMS File No. 5100001732

MATTHEWS-00006487

**C317.1**

**AHB07724**

PTO/AIA/80 (07-17)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(c).

I hereby appoint:

[x] Practitioners associated with Customer Number: | 186093

**OR**

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | Name | Registration Number |
|------|--------------------|------|--------------------|
|      |                    |      |                    |
|      |                    |      |                    |
|      |                    |      |                    |
|      |                    |      |                    |

As attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(c).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(c) to:

[x] The address associated with Customer Number: 186093

**OR**

[ ]

| Firm or individual name | | |
|---|---|---|
| Address | | |
| City | State | Zip |
| Country | | |
| Telephone | Email | |

Assignee name and address: Matthews International Corporation
Two NorthShore Center
Pittsburgh, PA 15212

**A copy of this form, together with a statement under 37 CFR 3.73(c) (Form PTO/AIA/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(c) may be completed by one of the practitioners appointed in this form, and must identify the application in which this Power of Attorney is to be filed.**

**SIGNATURE of Assignee of Record**

The individual whose signature and title is supplied below is authorized to act on behalf of the assignee.

| Signature | *[signature]* | Date | 04-21-2022 |
|-----------|---------------|------|------------|
| Name | Brian D. Walters | Telephone | (-412-442-8017 |
| Title | Senior Vice President and General Counsel | | |

This collection of information is required by 37 CFR 1.31, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public, which is to update (and by the USPTO to process) the file of a patent or reexamination proceeding. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 18 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**C317.2**

MATTHEWS-00006488

**AHB07725**

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

MATTHEWS-00006489

**C317.3**

AHB07726

PTO/AIA/96 (08-12)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: Matthews International Corporation

Application No./Patent No.: 62/793,333                    Filed/Issue Date: January 16, 2019

Titled: SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE

Matthews International Corporation _____, a corporation _____

(Name of Assignee)                                    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

     [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners
     holding the balance of the interest <u>must be submitted</u> to account for 100% of the ownership interest.

     [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire
     right, title and interest are:

     _____

          Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire
          right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made).
The other parties, including inventors, who together own the entire right, title, and interest are:

     _____

          Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire
          right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a
complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in
     the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy
     thereof is attached.

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

     1. From: Frank Bogenstahl                          To: Saueressig GmbH & Co. KG

          The document was recorded in the United States Patent and Trademark Office at
          Reel 051479 ____, Frame 0069 ____, or for which a copy thereof is attached.

     2. From: Rene Wolters                              To: Saueressig GmbH & Co. KG

          The document was recorded in the United States Patent and Trademark Office at
          Reel 051479 ____, Frame 0327 ____, or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including
gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount
of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark
Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND
TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

MATTHEWS-00006490

AHB07727

PTO/AIA/96 (08-12)
Approved for use through 11/30/2020, OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: Christoph Lansing                          To: Saueressig GmbH & Co. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0468 , or for which a copy thereof is attached.

4. From: Thomas Hackfort                          To: Saueressig GmbH & Co. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0643 , or for which a copy thereof is attached.

5. From: Kay Wolters                          To: Saueressig GmbH & Co. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0789 , or for which a copy thereof is attached.

6. From: Jorg Gottszky                          To: Saueressig GmbH & Co. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0878 , or for which a copy thereof is attached.

[✓] Additional documents in the chain of title are listed on a supplemental sheet(s).

[✓] As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/Nicholas Kokkinos/                                December 6, 2022
Signature                                          Date

Nicholas Kokkinos                                  76,979
Printed or Typed Name                              Title or Registration Number

[Page 2 of 2]

MATTHEWS-00006491

AHB07728

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

MATTHEWS-00006492

AHB07729

**Supplemental Sheet to Statement Under 37 C.F.R. § 3.73(c) (CONTINUATION OF PART B)**

**Application 62/793,333**

7.      From:  Saueressig GMBH & Co. KG to:  ___ Matthews International GMBH _____. The document was recorded in the United States Patent and Trademark Office at Reel __ 051566 __, Frame __0841 __, or for which a copy thereof is attached.

8.      From:  Matthews International GMBH ___ to:  ___ Matthews International Corporation _____.   The document was recorded in the United States Patent and Trademark Office at Reel __ 051888 __, Frame __0521 __, or for which a copy thereof is attached.

198738919.1

MATTHEWS-00006493

AHB07730

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47153851 |
| **Application Number:** | 62793333 |
| **International Application Number:** | |
| **Confirmation Number:** | 1719 |
| **Title of Invention:** | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| **First Named Inventor/Applicant Name:** | Porter  Mitchell |
| **Customer Number:** | 21269 |
| **Filer:** | Nicholas Charalambos Kokkinos/Charles Vrscak |
| **Filer Authorized By:** | Nicholas Charalambos Kokkinos |
| **Attorney Docket Number:** | MAX.409PR |
| **Receipt Date:** | 06-DEC-2022 |
| **Filing Date:** | 16-JAN-2019 |
| **Time Stamp:** | 15:32:58 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | Transmittal_ltr_POA_373c_Stmnt_6Dec2022.pdf | 98592 <br> cecfc7cda66d12df6846a027321e3026ae338b85 | no | 1 |

| |
|---|
| **Warnings:** |

MATTHEWS-00006494

AHB07731

| | Information: | | | | | |
|---|---|---|---|---|---|---|
| 2 | Power of Attorney | POA.pdf | 519377<br><br>4df461595b0bfb5133eeb347dc5811c0f22a7777 | no | 2 |
| | Warnings: | | | | | |
| | Information: | | | | | |
| 3 | Assignee showing of ownership per 37 CFR 3.73 | 373c_Stmnt_6Dec2022.pdf | 136508<br><br>50b474472bb0368e27b683e0af7e53726f910s22 | no | 3 |
| | Warnings: | | | | | |
| | Information: | | | | | |
| 4 | Assignee showing of ownership per 37 CFR 3.73 | Suppl_373c_Stmnt_6Dec2022.pdf | 115623<br><br>b730713056f836da61c61eb73d9cf93c3590968b | no | 1 |
| | Warnings: | | | | | |
| | Information: | | | | | |
| | | **Total Files Size (in bytes):** | 870100 | | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

MATTHEWS-00006495

AHB07732

Attorney Docket No.: 132258-016800

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | Frank Bogenstahl, et al. |
| Application No. | : | 62/793,333 |
| Filed | : | January 16, 2019 |
| Group Art Unit | : | N/A |
| Confirmation No. | : | 1719 |
| Examiner | : | N/A |

For: SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE

### SUBMISSION OF POWER OF ATTORNEY
### AND STATEMENT UNDER 3.73(c)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

Applicant respectfully submits the attached Power of Attorney and Statement Under 3.73(c) for Matthews International Corporation in the above-identified application.

Applicant believes no fees are associated with this filing.  However, please charge any shortage in fees due or credit any excess fees in connection with the filing of these papers to Deposit Account No. 60-4406.

Respectfully submitted,

DLA Piper LLP (US)

/Nicholas Kokkinos/

Nicholas Kokkinos
Reg. No. 76,979

DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7348
Telephone: (215) 656-3300
Date: December 6, 2022

MATTHEWS-00006496

AHB07733

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 62/793,333 | 01/16/2019 | Porter Mitchell | MAX.409PR |

**CONFIRMATION NO. 1719**

21269
PEPPER HAMILTON LLP
UNION TRUST BUILDING
501 GRANT STREET, SUITE 300
PITTSBURGH, PA 15219-4429

**POA ACCEPTANCE LETTER**

*OC000000115065102*

Date Mailed: 03/02/2020

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/25/2020.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/qtran/

_____

page 1 of 1

MATTHEWS-00006497

AHB07734

C317.11

PTO/AIA/80 (07-17)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(c).

I hereby appoint:

| [X] | Practitioners associated with Customer Number: | 21269 |

OR

| [ ] | Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used): |

| Name | Registration Number | | Name | Registration Number |
|------|---------------------|---|------|---------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

As attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned <u>only</u> to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(c).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(c) to:

| [X] | The address associated with Customer Number: | 21269 |

OR

| [ ] | Firm or individual name | | |
|-----|-------------------------|---|---|
| | Address | | |
| | City | State | Zip |
| | Country | | |
| | Telephone | Email | |

Assignee name and address: MATTHEWS INTERNATIONAL CORPORATION
Two NorthShore Center
Pittsburgh, PA 15212

A copy of this form, together with a statement under 37 CFR 3.73(c) (Form PTO/AIA/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(c) may be completed by one of the practitioners appointed in this form, and must identify the application in which this Power of Attorney is to be filed.

### SIGNATURE of Assignee of Record

The individual whose signature and title is supplied below is authorized to act on behalf of the assignee.

| Signature | *B. D. Walt* | Date | 09·25·2017 |
| Name | Brian D. Walton | Telephone | 1-412-442-8217 |
| Title | Vice President & General Counsel | | |

This collection of information is required by 37 CFR 1.31, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public, which is to update (and by the USPTO to process) the file of a patent or reexamination proceeding. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 18 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

MATTHEWS-00006498

AHB07735

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: Matthews International Corporation

Application No./Patent No.: 62/793,333      Filed/Issue Date: January 16, 2019

Titled: SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE

Matthews International Corporation , a corporation

(Name of Assignee)      (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

     [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest <u>must be submitted</u> to account for 100% of the ownership interest.

     [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

     Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

     Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

     1. From: Frank Bogenstahl      To: Saueressig GMBH & Go. KG

     The document was recorded in the United States Patent and Trademark Office at
     Reel 051479 , Frame 0069 , or for which a copy thereof is attached.

     2. From: Rene Wolters      To: Saueressig GMBH & Go. KG

     The document was recorded in the United States Patent and Trademark Office at
     Reel 051479 , Frame 0327 , or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

MATTHEWS-00006499

C317.13

AHB07736

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: Christoph Lansing                          To: Saueressig GMBH & Go. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0468 , or for which a copy thereof is attached.

4. From: Kay Wolters                          To: Saueressig GMBH & Go. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0789 , or for which a copy thereof is attached.

5. From: Thomas Hackfort                          To: Saueressig GMBH & Go. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0643 , or for which a copy thereof is attached.

6. From: Jorg Gottszky                          To: Saueressig GMBH & Go. KG

The document was recorded in the United States Patent and Trademark Office at
Reel 051479 , Frame 0878 , or for which a copy thereof is attached.

[✓] Additional documents in the chain of title are listed on a supplemental sheet(s).

[✓] As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| /Nicholas Kokkinos/ | February 25, 2020 |
| Signature | Date |
| Nicholas Kokkinos | 76,979 |
| Printed or Typed Name | Title or Registration Number |

[Page 2 of 2]

MATTHEWS-00006500

AHB07737

Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

MATTHEWS-00006501

AHB07738

**Supplemental Sheet to Statement Under 37 C.F.R. § 3.73(c) (CONTINUATION OF PART B)**

**Application 62/793,333**

7.    From:  Saueressig GMBH & Co. KG to:    Matthews International GMBH      . The document was recorded in the United States Patent and Trademark Office at Reel   051566  , Frame   0841  , or for which a copy thereof is attached.

8.    From:  Matthews International GMBH    to:    Matthews International Corporation      .   The document was recorded in the United States Patent and Trademark Office at Reel   051888  , Frame   0521  , or for which a copy thereof is attached.

MATTHEWS-00006502

AHB07739

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 38686368 |
| **Application Number:** | 62793333 |
| **International Application Number:** | |
| **Confirmation Number:** | 1719 |
| **Title of Invention:** | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| **First Named Inventor/Applicant Name:** | Porter  Mitchell |
| **Customer Number:** | 20995 |
| **Filer:** | Nicholas Charalambos Kokkinos/Charles Vrscak |
| **Filer Authorized By:** | Nicholas Charalambos Kokkinos |
| **Attorney Docket Number:** | MAX.409PR |
| **Receipt Date:** | 25-FEB-2020 |
| **Filing Date:** | 16-JAN-2019 |
| **Time Stamp:** | 15:48:08 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | GPOA_AIA_Executed_MatthewsIntlCorporation.pdf | 88090<br>fb9da4e18a00eccb8a6256b02fccf4e5fbff2492a | no | 1 |

**Warnings:**

MATTHEWS-00006503

AHB07740

| | | | | | |
|---|---|---|---|---|---|
| The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing | | | | | |

**Information:**

| 2 | Assignee showing of ownership per 37 CFR 3.73 | 373c_Stmnt_25Feb2020.pdf | 124722 | no | 3 |
|---|---|---|---|---|---|
| | | | 75bdc6cc1dceafd4f28788d80550f2a9e802a3bc | | |

**Warnings:**

**Information:**

| 3 | Assignee showing of ownership per 37 CFR 3.73 | Suppl_373c_Stmnt_25Feb2020.pdf | 487584 | no | 1 |
|---|---|---|---|---|---|
| | | | 77b76daf83550c34ddf9d1e6c020ce2ad9a6732c | | |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 700396 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

C317.18

MATTHEWS-00006504

AHB07741



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 62/793,333 | 01/16/2019 | Porter Mitchell | MAX.409PR |

**CONFIRMATION NO. 1719**

20995
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

**37 CFR 1.48(d)**
**ACKNOWLEDGEMENT LETTER**

*OC000000106181308*

Date Mailed: 02/27/2019

## NOTICE OF ACCEPTANCE OF REQUEST UNDER 37 CFR 1.48(d)

This is in response to the applicant's request under 37 CFR 1.48(d) submitted on 02/25/2019.

">The request under 37 CFR 1.48(d) to correct the inventorship, to correct or update the name of an inventor, or to correct the order of names of joint inventors is accepted.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/byemane-brehan/
_____

page 1 of 1

MATTHEWS-00006505

C317.19

AHB07742

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/793,333 | 01/16/2019 | | 280 | MAX.409PR | | |

**CONFIRMATION NO. 1719**
**UPDATED FILING RECEIPT**

20995
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614


OC000000106181305

Date Mailed: 02/27/2019

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Porter Mitchell, Chandler, AZ;
Frank Bogenstahl, Ahaus - Wessum, GERMANY;
René Wolters, Stadtlohn, GERMANY;
Christoph Lansing, Vreden, GERMANY;
Jörg Gottszky, Vreden, GERMANY;
Kay Wolters, Stadtlohn, GERMANY;
Thomas Hackfort, Ahaus - Alstatte, DE;

**Applicant(s)**

Maxwell Technologies, Inc., San Diego, CA;

**Power of Attorney:**
Ian Gillies--62280

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

MATTHEWS-00006506

AHB07743

**Title**

SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier

MATTHEWS-00006507

AHB07744

C317.21

license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

MATTHEWS-00006508

**C317.22**

AHB07745

Docket No.:   MAX.409PR                                              Page 1 of 2

Please Direct All Correspondence to Customer Number 20995

**REQUEST TO CORRECT INVENTORSHIP**

| | | |
|---|---|---|
| Inventor | : | Porter Mitchell, et al. |
| App. No | : | 62/793333 |
| Filed | : | January 16, 2019 |
| For | : | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| Examiner | : | Unassigned |
| Art Unit | : | Unassigned |
| Conf. No. | : | 1719 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Commissioner:

Pursuant to 37 CFR 1.48(d), this Request is being made to correct inventorship in the above-identified provisional application to reflect the following inventors:

- Porter Mitchell
- Frank Bogenstahl
- Kay Wolters
- Thomas Hackfort
- René Wolters
- Christoph Lansing; and
- Jörg Gottszky

In accordance with 37 C.F.R. §1.48, Applicants hereby request that the following Inventors, Frank Bogenstahl, René Wolters, Christoph Lansing, and Jörg Gottszky, be **added** to the inventorship of the present Application.

C317.23

MATTHEWS-00006509

AHB07746

Docket No.:   MAX.409PR                                           February 25, 2019
App. No.:       62/793333                                                Page 2 of 2
Please Direct All Correspondence to Customer Number 20995

This Request is accompanied by an Application Data Sheet and the processing fee of $50 as directed under 37 CFR 1.17(q).

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE MARTENS OLSON & BEAR LLP

Dated:  February 25, 2019                    By:  /Ian W. Gillies/

Ian W. Gillies
Registration No. 62,280
Registered Practitioner
Customer No. 20995
(415) 954-4114

**C317.24**

MATTHEWS-00006510

AHB07747

Docket Number: MAX.409PR

**APPLICATION DATA SHEET**

**Application Information**

| | |
|---|---|
| Application Number: | 62/793333 |
| Filing Date: | January 16, 2019 |
| Application Type: | Provisional |
| Subject Matter: | Utility |
| CD-ROM or CD-R?: | None |
| Title: | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| Attorney Docket Number: | MAX.409PR |
| Request for Early Publication?: | No |
| Request for Non-Publication?: | No |
| Suggested Drawing Figure: | None |
| Total Drawing Sheets: | 12 |
| Small Entity?: | No |

**Inventor Information**

| | |
|---|---|
| Status: | Full Capacity |
| Given Name: | Porter |
| Middle Name: | |
| Family Name: | Mitchell |
| Name Suffix: | |
| City of Residence: | Chandler |
| State or Prov. of Residence: | AZ |
| Country of Residence: | US |
| Street: | 3888 Calle Fortunada |
| City: | San Diego |
| State or Province: | CA |

1          62/793333          Filed: January 16, 2019

MATTHEWS-00006511

C317.25

AHB07748

Country:                          US

Postal or Zip Code:               92123


**Inventor Information**

Status:                           Full Capacity

Given Name:                       Frank

Middle Name:

Family Name:                      Bogenstahl

Name Suffix:

City of Residence:                Ahaus - Wessum

State or Prov. of Residence:

Country of Residence:             DE

Street:                           Am Kolk 3

City:                             Ahaus - Wessum

State or Province:

Country:                          DE

Postal or Zip Code:               48683


**Inventor Information**

Status:                           Full Capacity

Given Name:                       René

Middle Name:

Family Name:                      Wolters

Name Suffix:

City of Residence:                Stadtlohn

State or Prov. of Residence:

Country of Residence:             DE

                                  2          62/793333          Filed:  January 16, 2019

MATTHEWS-00006512

AHB07749

Docket Number:  MAX.409PR

Street:                                   Bürgermeister-Bitting-Str.15

City:                                     Stadtlohn

State or Province:

Country:                                  DE

Postal or Zip Code:                       48703

**Inventor Information**

Status:                                   Full Capacity

Given Name:                               Christoph

Middle Name:

Family Name:                              Lansing

Name Suffix:

City of Residence:                        Vreden

State or Prov. of Residence:

Country of Residence:                     DE

Street:                                   Adelheidstraße 2

City:                                     Vreden

State or Province:

Country:                                  DE

Postal or Zip Code:                       48691

**Inventor Information**

Status:                                   Full Capacity

Given Name:                               Jörg

Middle Name:

Family Name:                              Gottszky

Name Suffix:

3              62/793333              Filed:  January 16, 2019

MATTHEWS-00006513

**C317.27**

AHB07750

Docket Number:  MAX.409PR

City of Residence:            <u>Vreden</u>

State or Prov. of Residence:

Country of Residence:        <u>DE</u>

Street:                      <u>Rentmeisterskamp 13</u>

City:                        <u>Vreden</u>

State or Province:

Country:                     <u>DE</u>

Postal or Zip Code:          <u>48691</u>

**Inventor Information**

Status:              Full Capacity

Given Name:          Kay

Middle Name:

Family Name:         Wolters

Name Suffix:

City of Residence:   ~~Vreden~~ <u>Stadtlohn</u>

State or Prov. of Residence:

Country of Residence:        DE

Street:              ~~Gutenbergstraße 1-3~~<u>Kiwitt 1</u>

City:                ~~Vreden~~ <u>Stadtlohn</u>

State or Province:

Country:             DE

Postal or Zip Code:  ~~48691~~ <u>48703</u>

**Inventor Information**

Status:              Full Capacity

Given Name:          Thomas

4          62/793333          Filed:  January 16, 2019

**C317.28**

MATTHEWS-00006514

**AHB07751**

Docket Number:  MAX.409PR

Middle Name:

Family Name:          Hackfort

Name Suffix:

City of Residence:    ~~Vreden~~ Ahaus - Alstätte

State or Prov. of Residence:

Country of Residence:  DE

Street:               ~~Gutenbergstraße 1-3~~Öddingstraße 3A

City:                 ~~Vreden~~ Ahaus - Alstätte

State or Province:

Country:              DE

Postal or Zip Code:   ~~48691~~ 48683


**Correspondence Information**

Correspondence Customer Number:    20995

Phone Number:         (949) 760-0404

Fax Number:           (949) 760-9502

E-Mail Address:       efiling@knobbe.com


**Representative Information**

Representative Customer Number:    20995


**Applicant Information**

Applicant Authority Type:    Assignee

Applicant Name:          Maxwell Technologies, Inc.

Street:                  3888 Calle Fortunada

City:                    San Diego

State or Province:       CA

5          62/793333          Filed:  January 16, 2019

MATTHEWS-00006515

**C317.29**

AHB07752

Docket Number:  MAX.409PR

_____

Country:                    US

Postal or Zip Code:         92123

Dated: February 25, 2019          By:/Ian W. Gillies/ _____
                                     Ian W. Gillies
                                     Registration No. 62,280
                                     Registered Practitioner
                                     Customer No. 20995
                                     (858) 707-4000

29841765

6            62/793333            Filed:  January 16, 2019

MATTHEWS-00006516

AHB07753

**C317.30**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 62793333 |
| **Filing Date:** | 16-Jan-2019 |
| **Title of Invention:** | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| **First Named Inventor/Applicant Name:** | Porter Mitchell |
| **Filer:** | Ian W. Gillies/Genneth Munar |
| **Attorney Docket Number:** | MAX.409PR |

Filed as Large Entity

**Filing Fees for** Provisional

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

MATTHEWS-00006517

C317.31

AHB07754

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| PROCESSING FEE FOR PROVIS. APPLICATIONS | 1807 | 1 | 50 | 50 |
| **Total in USD ($)** | | | | **50** |

**C317.32**

MATTHEWS-00006518

AHB07755

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 35238994 |
| **Application Number:** | 62793333 |
| **International Application Number:** | |
| **Confirmation Number:** | 1719 |
| **Title of Invention:** | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| **First Named Inventor/Applicant Name:** | Porter  Mitchell |
| **Customer Number:** | 20995 |
| **Filer:** | Ian W. Gillies/Chelsea Burdeno |
| **Filer Authorized By:** | Ian W. Gillies |
| **Attorney Docket Number:** | MAX.409PR |
| **Receipt Date:** | 25-FEB-2019 |
| **Filing Date:** | 16-JAN-2019 |
| **Time Stamp:** | 16:40:03 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $50 |
| RAM confirmation Number | 022619INTEFSW16403400 |
| Deposit Account | 111410 |
| Authorized User | Chelsea Veinot |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     37 CFR 1.16 (National application filing, search, and examination fees) | |
|     37 CFR 1.17 (Patent application and reexamination processing fees) | |

MATTHEWS-00006519

AHB07756

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request under Rule 48 correcting inventorship | Petition_MAX_409PR.pdf | 299247<br>d1389c917884968827830b6184e00e1438070f53 | no | 2 |

**Warnings:**

**Information:**

| 2 | Application Data Sheet | ADS_MAX_409PR.pdf | 156597<br>e5cbe1b2b8c29bf4fd86ca06ebab78810b682502 | no | 6 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30316<br>3b031aa7aa53d68161dba26c6699ae4266eac27b | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 486160 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

MATTHEWS-00006520

AHB07757

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/793,333 | 01/16/2019 | | 280 | MAX.409PR | | |

**CONFIRMATION NO. 1719**

20995
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

**FILING RECEIPT**


OC000000105333576

Date Mailed: 02/01/2019

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Porter Mitchell, Chandler, AZ;
Kay Wolters, Vreden, GERMANY;
Thomas Hackfort, Vreden, GERMANY;

**Applicant(s)**

Maxwell Technologies, Inc., San Diego, CA;

**Power of Attorney:**
Ian Gillies--62280

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 01/31/2019

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/793,333**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

C317.35

MATTHEWS-00006521

AHB07758

**Title**

SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier

MATTHEWS-00006522

AHB07759

C317.36

license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

MATTHEWS-00006523

C317.37

AHB07760

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 62793333          Document Date: 01/16/2019

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

MATTHEWS-00006524

C317.38

AHB07761

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | MAX.409PR |
|---|---|---|
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1   [Remove]
Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Porter | | Mitchell | |

**Residence Information (Select One)** ● US Residency   ○ Non US Residency   ○ Active US Military Service

| City | Chandler | State/Province | AZ | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 8888 Calle Fortunada |
|---|---|
| Address 2 | |
| City | San Diego | State/Province | CA |
| Postal Code | 92123 | Country i | US |

**Inventor** 2   [Remove]
Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Kay | | Wolters | |

**Residence Information (Select One)** ○ US Residency   ● Non US Residency   ○ Active US Military Service

| City | Vreden | Country of Residence i | | DE |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | Gutenbergstraße 1-3 |
|---|---|
| Address 2 | |
| City | Vreden | State/Province | |
| Postal Code | 48691 | Country i | DE |

**Inventor** 3   [Remove]
Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Thomas | | Hackfort | |

EFS Web 2.2.13

MATTHEWS-00006525

C317.39

AHB07762

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | MAX.409PR |
|---|---|---|
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
|---|---|

**Residence Information (Select One)** ◯ US Residency   ⬤ Non US Residency   Active US Military Service

| City | Vreden | Country of Residence [i] | DE |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | Gutenbergstraße 1-3 |
|---|---|
| Address 2 | |

| City | Vreden | State/Province | |
|---|---|---|---|
| Postal Code | 48691 | Country [i] | DE |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.   [ Add ]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 20995 |
|---|---|
| Email Address | efiling@knobbe.com   [ Add Email ] [ Remove Email ] |

## Application Information:

| Title of the Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE | |
|---|---|---|
| Attorney Docket Number | MAX.409PR | |
| Application Type | Provisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 12 | Suggested Figure for Publication (if any) |

Small Entity Status Claimed ☐

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

MATTHEWS-00006526

C317.40

AHB07763

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | MAX.409PR |
|---|---|---|
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
|---|---|

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 20995 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| | | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.    Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | MAX.409PR |
|---|---|---|
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
|---|---|

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

EFS Web 2.2.13

MATTHEWS-00006528

**C317.42**

**AHB07765**

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | MAX.409PR |
|---|---|---|
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE**: Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

MATTHEWS-00006529

AHB07766

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | MAX.409PR |
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| Applicant | 1 | Remove |

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

[                                                                                  ] ▾

| Name of the Deceased or Legally Incapacitated Inventor: | |

| If the Applicant is an Organization check here. | ☒ |

| Organization Name | Maxwell Technologies, Inc. |

**Mailing Address Information For Applicant:**

| Address 1 | 3888 Calle Fortunada |
| Address 2 | |
| City | San Diego | State/Province | CA |
| Country | US | Postal Code | 92123 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

EFS Web 2.2.13

MATTHEWS-00006530

AHB07767

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | MAX.409PR |
|---|---|---|
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
|---|---|

**Assignee** | 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.    Add

## Signature:    Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Ian Gillies/ | | | Date (YYYY-MM-DD) | 2019-01-16 |
|---|---|---|---|---|---|
| First Name | Ian | Last Name | Gillies | Registration Number | 62,280 |

Additional Signature may be generated within this form by selecting the Add button.    Add

EFS Web 2.2.13

MATTHEWS-00006531

AHB07768

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | MAX.409PR |
| | Application Number | |

| Title of Invention | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

MATTHEWS-00006532

AHB07769

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

MATTHEWS-00006533

AHB07770



FIG. 1

MATTHEWS-00006534

AHB07771



**FIG. 2**

MATTHEWS-00006535

AHB07772



**FIG. 3A**



**FIG. 3B**

MATTHEWS-00006536

AHB07773



FIG. 4

MATTHEWS-00006537

C317.51

AHB07774



**FIG. 5A**

MATTHEWS-00006538

C317.52

AHB07775



**FIG. 5B**

MATTHEWS-00006539

AHB07776



FIG. 5C

MATTHEWS-00006540

AHB07777



FIG. 6

MATTHEWS-00006541

AHB07778

## FIG. 7



Intermittent dry laminate
(702)

Uncoated metal foil
(704)

702

704     702     704

MATTHEWS-00006542

AHB07779

FIG. 8A

FIG. 8B



MATTHEWS-00006543

AHB07780



**FIG. 9**

MATTHEWS-00006544

AHB07781



**FIG. 10**

MATTHEWS-00006545

AHB07782

C317.59

MAX.409PR                                                                    PATENT

**SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE**

BACKGROUND

Field

[0001]      The described technology generally relates to energy storage devices, and specifically to simplified systems and methods for manufacturing dry electrodes for energy storage devices.

Description of the Related Technology

[0002]      Electrodes can be implemented within electrical energy storage cells, which are widely used to provide power to electronic, electromechanical, electrochemical, and other useful devices. Such cells include batteries such as primary chemical cells and secondary (rechargeable) cells, fuel cells, and various species of capacitors, including ultracapacitors. Electrodes can also be implemented within water purification systems. Decreasing the operating costs and improving the efficiencies of electrode manufacturing would be desirable.

SUMMARY

[0003]      For purposes of summarizing the described technology, certain objects and advantages of the described technology are described herein.  Not all such objects or advantages may be achieved in any particular embodiment of the described technology. Thus, for example, those skilled in the art will recognize that the described technology may be embodied or carried out in a manner that achieves or optimizes one advantage or group of advantages as taught herein without necessarily achieving other objects or advantages as may be taught or suggested herein.

[0004]      One inventive aspect is a system for manufacturing a dry electrode for an energy storage device.  The system includes a first dry electrode material delivery system configured to deliver a dry electrode material, a first calendering roll, a second calendering roll, and a controller.  The second calendering roll is configured to form a first nip between the first calendering roll and the second calendering roll.  The first nip is configured to receive the dry electrode material from the first dry electrode material delivery system, and

-1-

MATTHEWS-00006546

C317.60

AHB07783

PATENT

form a dry electrode film from the dry electrode material. The controller is configured to control a rotational velocity of the second calendering roll to be greater than a rotational velocity of the first calendering roll.

[0005]     In another aspect, the dry electrode film is not self-supporting.

[0006]     In another aspect, the system further includes a third calendering roll configured to form a second nip between the third calendering roll and a calendering roll positioned adjacent to and upstream of the third calendering roll, the second nip configured to receive the dry electrode film from the first nip. In another aspect, the upstream adjacent calendering roll is the second calendering roll. In another aspect, the controller is further configured to control a rotational velocity of the third calendering roll to be greater than a rotational velocity of the second calendering roll.  In another aspect, the system further includes a current collector source configured to supply a current collector to the second nip, wherein the second nip is configured to receive the current collector and laminate the current collector to the dry electrode film to form a dry electrode. In another aspect, the system further includes a second dry electrode material delivery system configured to deliver a second dry electrode material. In another aspect, the first nip is configured to receive the second dry electrode material from the second dry electrode material delivery system and form a dry electrode film from the first and the second dry electrode material. In another aspect, the  first and second dry electrode material are the same material. In another aspect, the system further includes a fourth calendering roll configured to form a third nip between the fourth calendering roll and a calendering roll positioned adjacent to and downstream of the fourth calendering roll, wherein the third nip is configured to receive the second dry electrode material from the second dry electrode material delivery system and form a second dry electrode film. In another aspect, the downstream adjacent calendering roll is the third calendering roll. In another aspect, the controller is configured to control a rotational velocity of the third calendering roll to be greater than a rotational velocity of the fourth calendering roll. In another aspect, the system further includes a current collector source configured to supply a current collector to the second nip, wherein the second nip is configured to receive the current collector and laminate the current collector to the first dry electrode film and the second dry electrode film to form a dual sided dry electrode.

-2-

MATTHEWS-00006547

AHB07784

MAX.409PR                                                          PATENT

[0007]    One inventive aspect is a laminator for manufacturing an intermittent electrode. The laminator includes a first calendering roll, a second calendering roll, one or more lamination actuators, and one or more gap control actuators. The one or more lamination actuators are configured to provide a first force between the first calendering roll and the second calendering roll during lamination of an intermittent electrode. The one or more gap control actuators are configured to provide a second force to the first and second calendering rolls, wherein the second force opposes and counteracts the first force.

[0008]    In another aspect, the laminator further includes a sensor and a controller. The sensor is configured to detect non-coated areas within an electrode film. The controller is configured to engage the one or more gap control actuators when the non-coated areas within the electrode film pass between the first and the second calendering rolls.

BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    **FIG. 1** is a block diagram illustrating a process for manufacturing a dry electrode for an energy storage device.

[0010]    **FIG. 2** shows an apparatus for forming a dry electrode film.

[0011]    **FIGs. 3A-B** illustrate a side schematic view of a multi-roll calender system and a film made from said calender system, respectively.

[0012]    **FIG. 4** illustrates a detailed isometric view of a multi-roll calender system.

[0013]    **FIGs. 5A-C** illustrate some of the operating steps of the system shown in **FIG. 4**.

[0014]    **FIG. 6** illustrates a side schematic view of a combination calender/laminator machine to form a dry electrode.

[0015]    **FIG. 7** illustrates a side schematic view of an intermittently coated dry electrode according to an embodiment.

[0016]    **FIGs. 8A-B** illustrate a side view and a front view of a laminator design.

[0017]    **FIG. 9** illustrates a funnel-shaped charging hopper.

[0018]    **FIG. 10** illustrates a calendering process comprised of a scatter coating process, a continuous belt calender process, a calender process, and a rewind process.

-3-

MATTHEWS-00006548

C317.62

AHB07785

DETAILED DESCRIPTION

[0019]      Energy storage devices such as lithium ion batteries have been relied on as a power source in numerous commercial and industrial uses, for example, in consumer devices, productivity devices, and in battery powered vehicles. However, demands placed on energy storage devices are continuously—and rapidly—growing. For example, the automotive industry is developing vehicles that rely on compact and efficient energy storage, such as plug-in hybrid vehicles and pure electric vehicles. Lithium ion batteries are well suited to meet future demands.

[0020]      Key components of the storage potential of an energy storage device are electrodes. The electrochemical capabilities of electrodes, for example, the capacity and efficiency of battery electrodes, are governed by various factors. For example, distribution of active material, binder and additive(s); the physical properties of materials therein, such as particle size and surface area of active material; the surface properties of the active materials; and the physical characteristics of the electrode film, such as density, porosity, cohesiveness, and adhesiveness to a conductive element. Dry processing systems and methods traditionally used a high shear and/or high pressure processing step to break up and commingle electrode film materials.  Such systems and methods may contribute to structural advantages over electrode films produced using a wet process.  However, the high processing pressures and large amount of equipment (and thus, the large footprint) used to form dry, self-supporting electrode films and dry electrodes leave room for improvement.

[0021]      The systems and methods provided herein can be implemented to manufacture dry electrode films and electrodes for various energy storage devices. As provided herein, an energy storage device can be a capacitor, a lithium ion capacitor (LIC), an ultracapacitor, a battery such as a lithium ion battery, or a hybrid energy storage device combining aspects of two or more of the foregoing.

[0022]      The various embodiments of systems and methods herein provide improved manufacturing of a dry electrode film and dry electrode for use in energy storage devices. The disclosed embodiments can provide a simplified and cost-effective procedure for manufacturing energy storage devices.

-4-

MATTHEWS-00006549

AHB07786

MAX.409PR                                                            PATENT

[0023]    The materials and methods provided herein can be implemented in various electrodes for energy storage devices and/or water purification. As provided herein, an energy storage device can be a capacitor, a lithium ion capacitor (LIC), an ultracapacitor, a battery such as a lithium ion battery, or a hybrid energy storage device combining aspects of two or more of the foregoing. In some embodiments, the method and apparatus for forming dry electrode film, as described herein, allow continuous, multi-stripes, or intermittent form factor electrodes.

[0024]    Embodiments of method and apparatus for forming dry electrode film herein can provide one or more of the following advantages. Some embodiments allow for the fabrication of both thin and thick films in wide format, high precision low tolerance films, with adjustable densities. Some embodiments allow for films that are ultracapacitor (UCAP) or battery or Lcap or fuel cell electrodes, or water purification electrodes or combination of electrodes. Some embodiments allow for the reduction in factory floor area, material handing requirements and number of operator personnel, by combining calendering, laminating, peeling and slitting into one machine. Some embodiments allow for enabling multilayer functional webs by using one or more dry electrode material delivery systems, such as powder delivery hoppers. Some embodiments allow increases in the available diversity of formulations that can be used to make films and electrodes (such as self-supporting dry electrode films and dry electrodes), e.g., lithium metal powder, silicon/silicon oxides, cathodic or anodic active materials infused within porous conductive carbons, e.g. molten sulfur and activated carbon, solid state electrolyte, or other air/moisture sensitive materials.

[0025]    Additional features or advantages provided by embodiments herein include a continuous process from raw material (e.g., powder) to a laminated electrode without rewind/unwind of one or more layers used to form the electrode. A dry electrode film formed by the system/method is not (at least initially, or throughout the entire process) required to be self-supporting, as it can be positioned on and supported by a calendaring roll during at least some, if not all, of the process steps. For example, the dry electrode film can be supported by at least one calendering roll through all process steps within a multi roll calendering system, through and including the lamination step, when the dry electrode film is laminated with a current collector to form a dry electrode.

-5-

MATTHEWS-00006550

C317.64

AHB07787

MAX.409PR                                                      PATENT

[0026]     Embodiments of the multi roll calender(s) herein can have additional attributes not found in conventional calendering.  The number of calender nips can be from two (three rolls) to six (seven rolls) or more, but at lower process pressures and forces.  Each roll can be individually driven with a motor and gear drive and can be individually addressable.  Line loads in a multi calender system can be much lower than in conventional calender yet the system can be configurable to achieve thinner dry films.  Individual roll speeds can be controlled and individual gaps between each calender nip can be controlled.  Individual roll temperatures can also be controlled.  For example, in some embodiments, the final roll of the stacked multi roll system can be temperature controlled to assist with lamination of the dry electrode film(s) onto the current collector.  Web handling can be simpler and easier, reducing or eliminating idler rolls within the web path.  In some embodiments, adjacent roll sets (either within a paired calender nip, or between two adjacent nips) can be rotated at different speeds. For example, each subsequent, downstream roll set (e.g., calender nip) can be configured to rotate faster than the previous.  Additionally, each individual roll in a two-roll nip set can be configured to rotate differently than the other roll in the same two-roll nip set.  These different speeds can provide sheer within a film, and/or can create forces that improve the adherence of the film to any given roll.

[0027]     In some embodiments, gauges, such as Gamma gauges, can be used for film thickness or specific mass measurements for thickness control/measurement.  Rollers can be fixed in a unique position with playless bearings (orientated but captured bearings may be required). Conical bearings or other bearing designs can be used for playless fixation of rolls, provided the low tolerances of desired film thickness are achieved.  Embodiments do not require the same diameter rolls for each nip or for rolls within the nip.  The face finish on the rolls could be a coating, (e.g., chrome or hard face ceramic) or even patterned as in an embossing roll.

[0028]     In some embodiments, two, multiroll calenders can be aligned end to end, allowing a dry electrode film to be laminated directly to a metal foil (e.g., current collector) without first having to remove the film and taken to a separate machine.  Thus, the same machine can provide direct lamination of either single sided or double sided electrode layers onto a current collector to form a single or double sided electrode.

-6-

MATTHEWS-00006551

**C317.65**

AHB07788

MAX.409PR                                                          PATENT

[0029]    In some embodiments, the laminated electrode can either be continuous web or intermittent electrode designs. Peeling of non-laminated films from laminated webs can be used for both continuous webs and intermittent electrode designs. In some embodiments, the current collectors that are used in the system can be pre-coated with adhesive, or the adhesive can be added to one side of the film through a separate powder hopper on the multiroll calender system, thus allowing direct lamination to the foil without first precoating the material. A slitter can be added after the lamination step to slit the laminated web to the final electrode width and rewind the individual electrode rolls. In some embodiments, the machine can be designed to be self webbing. For example, using a continuous belt under the rolls, which can rise up during the webbing to ensure the web moves in the proper direction and to the next roll nip.

[0030]    **FIG. 1** is a block diagram illustrating a process for manufacturing a dry electrode for an energy storage device. **FIG. 1** is a block diagram illustrating a process for making a dry electrode for an energy storage device. As used herein, the term "dry" implies non-use of liquid-phase solvents and additives in mixing and coating process of electrode during process steps described herein, other than during a final impregnating electrolyte step. The process shown in **FIG. 1** begins by dry blending **18** dry active material particles **12**, dry conductive particles **18** and dry binder particles **16** to form a dry mixture. Furthermore, dry conductive particles **21** and dry binder particles **23** are also dry blended **19** to form a dry mixture which can be provided to the dry fibrillizing step **26** or **29**. The dry mixture is fibrillized in a dry fibrillizing step **20** using, for example, a jet-mill (not shown). During the dry fibrillizing step 20, high shear forces are applied to the dry mixture in order to physically stretch it and form a network of thin web-like fibers. In a dry feed step **22**, the respective separate mixtures of dry particles formed in steps **19** and **20** are provided to respective containers (not shown) to form a dry film. The dry film is subsequently dry compacted and calendared by a roll-mill or calendar **24** to provide an embedded/intermixed dry film or a self-supporting electrode film (or electrochemically active free-standing film). The embedded/intermixed dry film is attached to a current collector (e.g., metal foil) **28**. A more detailed process of making an embedded/intermixed dry film including types of materials

-7-

MATTHEWS-00006552

C317.66

AHB07789

forming the dry films and materials forming the current collector is disclosed in U.S. Patent No. 7,352,558, which is incorporated by reference herein in its entirety.

[0031]    A self-supporting dry electrode film manufactured above may provide improved characteristics relative to a typical electrode film that is manufactured using a wet process. For example, a dry electrode film as provided herein may provide one or more of improved film strength, improved cohesiveness, improved adhesiveness, improved electrical performance, or reduced incidence of defects. The defects may include holes, cracks, surface pits in the electrode film. The adhesiveness may be adhesiveness to a current collector. The electrical performance may be specific capacity. The film strength may be tensile strength.

[0032]    **FIG. 2** shows an apparatus for forming a structure of an electrode. The apparatus in **FIG. 2** contains three inter-connected system portions, **100**, **200** and **300**. In **100**, dry particles are initially stored in containers and are fed as free flowing dry particles to a high-pressure nip of a roll-mill. Separate streams of dry particles become intermixed and begin to lose their freedom of motion as the dry particles are fed towards the nip. An intermixed compacted dry self-supporting film exits component part **100** and enters component part **200**. The compacted dry film, as it exits **100** must be a self-supporting film, in order to proceed further to portion **200** without falling apart. In order to be self-supporting, the film exiting the rolls in portion **100** has to be thicker than the actual desired electrode film thickness.   Thus, in system portion **200**, the self-supporting film is fed through a tension control system into a calendering system (shown as four larger vertical roles), with a plurality of nips which iteratively compact the density and decrease the thickness of the dry film closer to a desired thickness/density. The dry film exits component part **200** and enters system portion **300**. Portion **300** comprises one or more idler rolls, dancer rolls, additional nips and/or a rewind/storage roll to further process the dry film into a final dry electrode film, which can be rolled in a rewind station.   The final, rolled electrode film can then be transferred to another machine for unwinding and laminating to a collector to form a dry electrode.

[0033]    **FIGs. 3A-B** illustrate a side schematic view of a multi-roll calender system and a film made from said calender system, respectively. The calender system can include one or more dry electrode material delivery systems, such as powder delivery

MATTHEWS-00006553

AHB07790

hoppers. For illustrative purposes, the system includes two powder hoppers, shown as powder hopper #1 and powder hopper #2. The particles sizes, density, porosity, and/or type of materials, and/or other material characteristics in powder hopper #1 and powder hopper #2 can be the same with respect to each other. The particles sizes, density, porosity, and/or type of materials, and/or other material characteristics in powder hopper #1 and powder hopper # 2 can be different with respect to each other.

[0034]     The calender machine as shown comprises six rolls, although more or less quantities of rolls can be implemented. A downstream roll along the web path can be configured to rotate faster than the previous upstream roll. The increased downstream roll speed induces a shear in the film while in the roll nip causing the film to adhere to the faster rotating roll. An even further downstream roll can rotate even faster than the previous, and so forth, such that the film can remain adhered to all the rolls along the web path of the entire calender machine. This adherence can allow the film that is initially formed in the calender system in FIG. 3A to be formed from dry materials, but need not initially be self-supporting, because the film is supported and adhered to all the rolls along the web path. This adherence and support in turn can reduce or completely eliminate the need for idler rolls between roll nips, such as those described with reference to FIG. 2. The increased shear within the nip can also reduce the pressures and forces needed for calendering a film to a desired thickness, relative to other dry film equipment, such as that shown in FIG. 2. Thus, less complicated, and lower force (and thus smaller) equipment can be implemented, than that for the system in FIG. 2. Each roll temperature for the system in FIG. 3A can also be individually controllable. **FIG. 3B** illustrates a side view of a film made from a calender system such as that illustrated in **FIG. 3A,** when the particles in powder hopper #1 are different in size from the particles in powder hopper #2.

[0035]     **FIG. 4** illustrates a multi-roll calender system. The system has six rolls with one powder hopper, for illustrative purposes; greater or lesser quantities are possible. Each of the six rolls along the web path can be configured to rotate faster than the previous roll, for film adherence, as described above. FIG. 4 shows individual motors (e.g., servo motors), the speed, acceleration, timing, etc., of which can be individually controlled with a controller (not shown). The controller can also be configured to control other aspects of the

MATTHEWS-00006554

AHB07791

system, such as to control the gap distance between the rolls, the temperatures of each roll, and/or other system parameters. A controller can be similarly implemented within the other system described herein.

[0036]    FIGs. 5A-C illustrate some of the operating steps of the multi-roll calender system of **FIG. 4**. In **FIG. 5A**, a powder is added to one roll nip section of the calender system. In **FIG. 5B**, the film is transferred between the rolls without need for idler rolls. In **FIG. 5C**, a doctor blade assists in the removal of film from the last roll. The film edges are trimmed and the film is then wound on a core.

[0037]    **FIG. 6** illustrates a combination calender/laminator system **600** which can manufacture two dry electrode films, and laminate them to a current collector, to form a double sided electrode. In **FIG. 6**, there are two dry electrode material delivery systems, shown as powder hoppers, **602** and **603** and four rolls, **604**, **605**, **606** and **607**. A current collector **610** can be provided from a current collector source **608**. A first dry electrode film **620** can be formed by calendering particles from powder hopper **602** through a first nip formed between rolls **604** and **605**. A second dry electrode film **621** can be formed by calendering particles from powder hopper **603** through a second nip formed between rolls **606** and **607**. Both films **620** and **621** can be laminated onto a first and second opposing side, respectively, of the current collector **610**. The lamination can be provided by compressing (e.g., calendering) films **620** and **621**, and current collector 610 between a third nip formed between roll **605** and **606**. In addition to lamination, this third nip may also provide additional calendering and tuning of the film thickness of films 620 and 621. After lamination between rolls 605 and 606, the double sided electrode is collected for further processing, for example, via a rewind station **609**. As illustrated in **FIG. 6**, the roll nips are positioned in sequence, and close together, which provides for continuous calendering and film thickness reduction, which reduces or completely negates the need for idler or dancer rolls. Each of the rolls in can be controlled for velocity, acceleration, speed, etc., as described elsewhere herein. The subsequent rolls each turn slightly faster than the last one allowing the film to follow the rolls to the last section where the film is pulled off the last roll and wound on a rewind.

-10-

MAX.409PR                                                        PATENT

[0038]    The system in FIG. 6 can be implemented to produce a single sided electrode, for example, by eliminating roll 607 and hopper 603, and without film 621. Additionally, rolls 604 and 607 are part of a belt-calender system as shown, in which the belt provides additional support and surface area for application of dry electrode material thereupon.  One or more belt systems (like rollers 604 and 607) or non-belt systems (like rollers 605 and 606), or combinations thereof, can be implemented within any of the embodiments herein.

[0039]    **FIG. 7** illustrates an intermittently coated dry electrode according to an embodiment. An intermittent electrode includes intermittently coated portions **702** with gaps x therebetween without coating, to form uncoated foil portions **704**. At least one of the uncoated foil portions **704** can be used for electrically connecting the electrode to other elements such as an electrode tab.

[0040]    **FIGs. 8A-B** illustrate a side view and a front view of a laminator embodiment. The laminator can be implemented within a system such as system 600 in FIG. 6.  The rolls in the laminator of FIGs. **8A-8B** can be similar to rolls **605**, **606** in **FIG. 6**. The laminator can include one or more lamination actuators, such as pressure cylinders **804** which provide the main force which laminates the current collector and electrode film being fed through the laminator to form the electrode. However, during lamination of an intermittent electrode, such as that shown in FIG. 7, the rolls in the laminator can slam together when being compressed against the uncoated (foil only) portions 704.  To reduce this slamming effect, the laminator can include one or more gap control actuators, such as cylinders **802** configured to oppose the forces in cylinders 804, and provide constant gap during lamination in non-coated areas. A sensor (FIG. 8A) can be configured to detect non-coated or non-laminated areas. When detected non-coated or non-laminated area is detected, gap control cylinders 802 are engaged, to counteract the lamination pressure of the main force cylinders. The gap is maintained and the rolls do not slam into the non-coated areas which would otherwise deform or break the intermittent laminated web.

[0041]    **FIG. 9** illustrates a funnel-shaped charging hopper which can be implemented within embodiments of the systems and methods described herein. The hopper can be supplied with bulk material by means of suction or worm conveyers.  Inside the

-11-

MATTHEWS-00006556

C317.70

AHB07793

MAX.409PR                                                                              PATENT

charging hopper the bulk material is uniformly distributed and the level is kept constant during the scattering process. Cavity formation and decomposition of the material is avoided through a special mixer. The rotary metering roller is fixed to the bottom side of the charging hopper. The size of the cells of the metering roller are selected according to the grain size of the bulk material. The bulk material is picked up by the metering roller and stripped at a flexible doctor blade. After that the accurately dosed bulk material is conveyed to an oscillating brushing device. Following the brushing process the bulk material will be examined and transferred to the subjacent substrate line.

[0042]    **FIG. 10** illustrates a calendering process comprised of a scatter coating process, a continuous belt calender process, a calender process, and a rewind process. A scatter coater can deposit a very thin layer of powder onto the belt and when the thin layer is calendered through the nip of the calender rolls, results in fabrication of a thin film. The powder is collected within the groves or bristles of the main rotating drum then a secondary rotating brush removes the powder from the groves or bristles allowing the powder to deposit onto the moving belt. Once the powder is compressed into a film within the first nip, the film will travel through the subsequent nips to achieve the desired thickness and or density.

[0043]    An energy storage device as provided herein can be of any suitable configuration, for example planar, spirally wound, button shaped, interdigitated, or pouch. An energy storage device as provided herein can be a component of a system, for example, a power generation system, an uninterruptible power source systems (UPS), a photo voltaic power generation system, an energy recovery system for use in, for example, industrial machinery and/or transportation. An energy storage device as provided herein may be used to power various electronic device and/or motor vehicles, including hybrid electric vehicles (HEV), plug-in hybrid electric vehicles (PHEV), and/or electric vehicles (EV).

[0044]    As used herein, the terms "battery" and "capacitor" are to be given their ordinary and customary meanings to a person of ordinary skill in the art. The terms "battery" and "capacitor" are nonexclusive of each other. A capacitor or battery can refer to a single electrochemical cell that may be operated alone, or operated as a component of a multi-cell system.

-12-

MATTHEWS-00006557

C317.71

AHB07794

MAX.409PR                                                        PATENT

[0045]    Features, materials, characteristics, or groups described in conjunction with a particular aspect, embodiment, or example are to be understood to be applicable to any other aspect, embodiment or example described in this section or elsewhere in this specification unless incompatible therewith.  All of the features disclosed in this specification (including any accompanying claims, abstract and drawings), and/or all of the steps of any method or process so disclosed, may be combined in any combination, except combinations where at least some of such features and/or steps are mutually exclusive. The protection is not restricted to the details of any foregoing embodiments.  The protection extends to any novel one, or any novel combination, of the features disclosed in this specification (including any accompanying claims, abstract and drawings), or to any novel one, or any novel combination, of the steps of any method or process so disclosed.

[0046]    Furthermore, certain features that are described in this disclosure in the context of separate implementations can also be implemented in combination in a single implementation.  Conversely, various features that are described in the context of a single implementation can also be implemented in multiple implementations separately or in any suitable subcombination.  Moreover, although features may be described above as acting in certain combinations, one or more features from a claimed combination can, in some cases, be excised from the combination, and the combination may be claimed as a subcombination or variation of a subcombination.

[0047]    Moreover, while operations may be depicted in the drawings or described in the specification in a particular order, such operations need not be performed in the particular order shown or in sequential order, or that all operations be performed, to achieve desirable results.  Other operations that are not depicted or described can be incorporated in the example methods and processes.  For example, one or more additional operations can be performed before, after, simultaneously, or between any of the described operations.  Further, the operations may be rearranged or reordered in other implementations.  Those skilled in the art will appreciate that in some embodiments, the actual steps taken in the processes illustrated and/or disclosed may differ from those shown in the figures.  Depending on the embodiment, certain of the steps described above may be removed, others may be added. Furthermore, the features and attributes of the specific embodiments disclosed above may be

-13-

MATTHEWS-00006558

AHB07795

combined in different ways to form additional embodiments, all of which fall within the scope of the present disclosure.  Also, the separation of various system components in the implementations described above should not be understood as requiring such separation in all implementations, and it should be understood that the described components and systems can generally be integrated together in a single product or packaged into multiple products.  For example, any of the components for an energy storage system described herein can be provided separately, or integrated together (e.g., packaged together, or attached together) to form an energy storage system.

[0048]    For purposes of this disclosure, certain aspects, advantages, and novel features are described herein.  Not necessarily all such advantages may be achieved in accordance with any particular embodiment.  Thus, for example, those skilled in the art will recognize that the disclosure may be embodied or carried out in a manner that achieves one advantage or a group of advantages as taught herein without necessarily achieving other advantages as may be taught or suggested herein.

[0049]    Conditional language, such as "can," "could," "might," or "may," unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements, and/or steps.  Thus, such conditional language is not generally intended to imply that features, elements, and/or steps are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without user input or prompting, whether these features, elements, and/or steps are included or are to be performed in any particular embodiment.

[0050]    Conjunctive language such as the phrase "at least one of X, Y, and Z," unless specifically stated otherwise, is otherwise understood with the context as used in general to convey that an item, term, etc. may be either X, Y, or Z.  Thus, such conjunctive language is not generally intended to imply that certain embodiments require the presence of at least one of X, at least one of Y, and at least one of Z.

[0051]    Language of degree used herein, such as the terms "approximately," "about," "generally," and "substantially" as used herein represent a value, amount, or

-14-

MATTHEWS-00006559

AHB07796

MAX.409PR                                                            PATENT

characteristic close to the stated value, amount, or characteristic that still performs a desired function or achieves a desired result.

[0052]    The scope of the present disclosure is not intended to be limited by the specific disclosures of embodiments in this section or elsewhere in this specification, and may be defined by claims as presented in this section or elsewhere in this specification or as presented in the future.  The language of the claims is to be interpreted broadly based on the language employed in the claims and not limited to the examples described in the present specification or during the prosecution of the application, which examples are to be construed as non-exclusive.

[0053]    While certain embodiments have been described, these embodiments have been presented by way of example only, and are not intended to limit the scope of the disclosure. Indeed, the novel methods and systems described herein may be embodied in a variety of other forms.  Furthermore, various omissions, substitutions and changes in the systems and methods described herein may be made without departing from the spirit of the disclosure. The accompanying claims and their equivalents are intended to cover such forms or modifications as would fall within the scope and spirit of the disclosure.  Accordingly, the scope of the present inventions is defined only by reference to the appended claims.

MATTHEWS-00006560

AHB07797

C317.74

MAX.409PR                                                              PATENT

WHAT IS CLAIMED IS:

1. A system for manufacturing a dry electrode for an energy storage device, comprising:

a first dry electrode material delivery system configured to deliver a dry electrode material;

a first calendering roll;

a second calendering roll configured to form a first nip between the first calendering roll and the second calendering roll, the first nip configured to receive the dry electrode material from the first dry electrode material delivery system, and form a dry electrode film from the dry electrode material; and

a controller configured to control a rotational velocity of the second calendering roll to be greater than a rotational velocity of the first calendering roll.

2. The system of Claim 1, wherein the dry electrode film is not self-supporting.

3. The system of Claim 1, further comprising a third calendering roll configured to form a second nip between the third calendering roll and a calendering roll positioned adjacent to and upstream of the third calendering roll, the second nip configured to receive the dry electrode film from the first nip.

4. The system of Claim 3, wherein the upstream adjacent calendering roll is the second calendering roll.

5. The system of Claim 3, wherein the controller is further configured to control a rotational velocity of the third calendering roll to be greater than a rotational velocity of the second calendering roll.

6. The system of Claim 3, further comprising a current collector source configured to supply a current collector to the second nip, wherein the second nip is configured to receive the current collector and laminate the current collector to the dry electrode film to form a dry electrode.

7. The system of Claim 3, further comprising:

a second dry electrode material delivery system configured to deliver a second dry electrode material.

-16-

MATTHEWS-00006561

C317.75

AHB07798

MAX.409PR                                                                                    PATENT

8.   The system of Claim 7, wherein the first nip is configured to receive the second dry electrode material from the second dry electrode material delivery system and form a dry electrode film from the first and the second dry electrode material.

9.   The system of Claim 7, wherein the first and second dry electrode material are the same material.

10. The system of Claim 7, further comprising a fourth calendering roll configured to form a third nip between the fourth calendering roll and a calendering roll positioned adjacent to and downstream of the fourth calendering roll, wherein the third nip is configured to receive the second dry electrode material from the second dry electrode material delivery system and form a second dry electrode film.

11. The system of Claim 10, wherein the downstream adjacent calendering roll is the third calendering roll.

12. The system of Claim 10, wherein the controller is configured to control a rotational velocity of the third calendering roll to be greater than a rotational velocity of the fourth calendering roll.

13. The system of Claim 10, further comprising a current collector source configured to supply a current collector to the second nip, wherein the second nip is configured to receive the current collector and laminate the current collector to the first dry electrode film and the second dry electrode film to form a dual sided dry electrode.

14. A laminator for manufacturing an intermittent electrode, comprising:

a first calendering roll;

a second calendering roll;

one or more lamination actuators configured to provide a first force between the first calendering roll and the second calendering roll during lamination of an intermittent electrode; and

one or more gap control actuators configured to provide a second force toe the first and second calendering rolls, wherein the second force opposes and counteracts the first force.

15. The laminator of Claim 14, further comprising a sensor and a controller, the sensor configured to detect non-coated areas within an electrode film, and the controller

-17-

MATTHEWS-00006562

C317.76

AHB07799

MAX.409PR                                                    PATENT

configured to engage the one or more gap control actuators when the non-coated areas within the electrode film pass between the first and the second calendering rolls.

MATTHEWS-00006563

AHB07800

**C317.77**

MAX.409PR                                                                PATENT

# SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE

## ABSTRACT

[0054]     A system and methods for manufacturing a dry electrode for an energy storage device are disclosed.  The system includes a first dry electrode material delivery system configured to deliver a dry electrode material, a first calendering roll, a second calendering roll, and a controller.  The second calendering roll is configured to form a first nip between the first calendering roll and the second calendering roll.  The first nip us configured to receive the dry electrode material from the first dry electrode material delivery system, and form a dry electrode film from the dry electrode material.  The controller is configured to control a rotational velocity of the second calendering roll to be greater than a rotational velocity of the first calendering roll.

29754273

MATTHEWS-00006564

AHB07801

**C317.78**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| **First Named Inventor/Applicant Name:** | Porter Mitchell |
| **Filer:** | Ian W. Gillies/David Pacheco |
| **Attorney Docket Number:** | MAX.409PR |

Filed as Large Entity

**Filing Fees for   Provisional**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| PROVISIONAL APPLICATION FILING | 1005 | 1 | 280 | 280 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

MATTHEWS-00006565

AHB07802

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **280** |

MATTHEWS-00006566

AHB07803

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34878848 |
| **Application Number:** | 62793333 |
| **International Application Number:** | |
| **Confirmation Number:** | 1719 |
| **Title of Invention:** | SYSTEM AND METHODS FOR MANUFACTURING A DRY ELECTRODE |
| **First Named Inventor/Applicant Name:** | Porter  Mitchell |
| **Customer Number:** | 20995 |
| **Filer:** | Ian W. Gillies/Tony Do |
| **Filer Authorized By:** | Ian W. Gillies |
| **Attorney Docket Number:** | MAX.409PR |
| **Receipt Date:** | 16-JAN-2019 |
| **Filing Date:** | |
| **Time Stamp:** | 20:29:28 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $280 |
| RAM confirmation Number | 011719INTEFSW20303300 |
| Deposit Account | 111410 |
| Authorized User | tony do |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     37 CFR 1.16 (National application filing, search, and examination fees) | |
|     37 CFR 1.17 (Patent application and reexamination processing fees) | |

**C317.81**

MATTHEWS-00006567

AHB07804

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | ADS.pdf | 1256133 <br> 67d68caa6a8bd8e3c6650ba8800f6cf80337 6a8b | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-other than black and white line drawings | Drawings.pdf | 1352767 <br> 07387372f4f584f48bcf8082a57ac5c662e28 cbae6 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | | Specification.pdf | 92323 <br> aca05a128c36da8119c1787a30678f146e6 b2cf0 | yes | 19 |

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | Document Description | Start | End | |
| | Specification | 1 | 15 | |
| | Claims | 16 | 18 | |
| | Abstract | 19 | 19 | |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 29891 <br> cf33e96b327e64f58d8ddba11fb983d9ad2 74593 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 2731114 | | |

MATTHEWS-00006568

AHB07805

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

MATTHEWS-00006569

AHB07806

**EXHIBIT 13 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

**EXHIBIT 14 TO THE DECLARATION OF JACOB MILLER IN SUPPORT
OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A
TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

**EXHIBIT 15 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

**EXHIBIT 16 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

**EXHIBIT 17 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

**EXHIBIT 18 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO

THE WALL STREET JOURNAL.

BUSINESS | AUTOS

# Tesla Sues EV-Battery Supplier Over Alleged Disclosure of Trade Secrets

Tesla claims Matthews International improperly filed patent applications incorporating the electric-car maker's trade secrets

*By Sabela Ojea* [Follow]

*Updated June 17, 2024 3:13 pm ET*





Tesla several years ago selected Matthews to be one of its suppliers.
Photo: Sean Gallup/Getty Images

[Tesla] TSLA 2.66% ▲ has sued [Matthews International] MATW 1.38% ▲ , a supplier of electric-vehicle batteries, for allegedly disclosing its confidential trade secrets to other companies, including competitors.

According to the lawsuit, filed on Friday in the Northern District of California, Matthews breached its contract and allegedly improperly filed patent applications incorporating Tesla's trade secrets without the electric-vehicle maker's consent.

Matthews said that the claims are without merit and that it intends to defend itself against them. Matthews alleges that the lawsuit is intended to bully the company and "improperly take" its intellectual property.

Tesla said that, unless Matthews is enjoined from continuing its allegedly unlawful actions, Tesla would suffer immediate and irreparable harm. Tesla claims the monetary damages owed would likely exceed $1 billion.

In 2019, Tesla selected Matthews to be one of its suppliers for equipment that it used to refine its dry-electrode-battery manufacturing and put it into mass production.

Tesla said that, since discovering Matthews's alleged improper conduct, the company has been working to block and/or delay publication of the affected applications. Only a subset of Tesla's confidential information regarding dry-electrode manufacturing has been published so far, according to the lawsuit.

Matthews refuted Tesla's allegations and said the complaint attempts to restrict the company from realizing the value of its intellectual property. Matthews also said that it continues to work with Tesla as a trusted supplier.

Write to Sabela Ojea at sabela.ojea@wsj.com

https://www.wsj.com/business/autos/tesla-sues-ev-battery-supplier-matthews-over-alleged-disclosure-of-trade-secrets-6cba1632

**EXHIBIT 19 TO THE DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

CASE NO. 24-cv-03615-EJD

Miller Decl. ISO Matthews'
Opposition to Tesla's
Mot. for TRO



# Tesla sues ex-supplier Matthews over EV battery trade secrets

By **Blake Brittain**

June 17, 2024 2:37 PM EDT · Updated 6 months ago



Tesla electric vehicle chargers are seen during a sunset at a petrol station in Xinzo de Limia, Spain June 10, 2024. REUTERS/Nacho Doce



June 17 (Reuters) - Tesla (TSLA.O), opens new tab has sued its former supplier Matthews International (MATW.O), opens new tab in California federal court for allegedly stealing trade secrets related to Tesla's battery-manufacturing process and sharing them with the electric-vehicle giant's competitors.

The lawsuit, opens new tab, filed on Friday in U.S. District Court for the Northern District of California, said Matthews owes damages that Tesla "conservatively estimates will exceed $1 billion" for misusing company trade secrets related to dry electrode battery manufacturing technology.

June 17 (Reuters) - Tesla (TSLA.O), opens new tab has sued its former supplier Matthews International (MATW.O), opens new tab in California federal court for allegedly stealing trade secrets related to Tesla's battery-manufacturing process and sharing them with the electric-vehicle giant's competitors.

The lawsuit, opens new tab, filed on Friday in U.S. District Court for the Northern District of California, said Matthews owes damages that Tesla "conservatively estimates will exceed $1 billion" for misusing company trade secrets related to dry electrode battery manufacturing technology.

The lawsuit said Matthews shared Tesla's innovations with unnamed competitors by selling "machines and other technologies embodying Tesla's trade secrets." It also said Matthews claimed Tesla's inventions as its own in patent filings that have revealed confidential Tesla information.

Tesla asked the court to block Matthews from misusing its trade secrets and hand over its patent applications in addition to requesting monetary damages.

Reporting by Blake Brittain in Washington Editing by David Bario and Nick Zieminski

© 2024 Reuters. All rights reserved

https://www.reuters.com/business/autos-transportation/tesla-sues-ex-supplier-matthews-over-ev-battery-trade-secrets-2024-06-17/