1  David C. Kiernan (SBN 215335)
   dkiernan@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, California  94104
   Telephone:    +1.415.626.3939
4  Facsimile:    +1.415.875.5700

5  Ryan K. Walsh (*Pro Hac Vice*)
   rkwalsh@jonesday.com
6  JONES DAY
   1221 Peachtree Street, N.E.
7  Atlanta, GA  30361
   Telephone:    (404) 521-3939
8  Facsimile:    (404) 581-8330

9  Stuart W. Yothers (*Pro Hac Vice*)
   syothers@jonesday.com
10 JONES DAY
   250 Vesey Street
11 New York, NY  10281
   Telephone:    (212) 326-3939
12 Facsimile:    (212) 755-7306

13 *Attorneys for Defendant*
   *Matthews International Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>Defendant. | Case No. 24-cv-03615-EJD<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRO HEARING TRANSCRIPT**<br><br><br>Judge:   Hon. Edward J. Davila<br>Complaint Filed:   June 14, 2024 |

Defendant Matthews International Corporation hereby notifies the Court that it does not oppose Plaintiff Tesla, Inc.'s Administrative Motion to File Under Seal (ECF No. 78).

Dated: March 10, 2025                    JONES DAY

By: */s/ Ryan K. Walsh*
    Ryan K. Walsh

Attorneys for Defendant
Matthews International Corporation