1  David C. Kiernan (SBN 215335)
   dkiernan@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, California 94104
   Telephone:   +1.415.626.3939
4  Facsimile:   +1.415.875.5700

5  Ryan K. Walsh (*Pro Hac Vice*)
   rkwalsh@jonesday.com
6  JONES DAY
   1221 Peachtree Street, N.E.
7  Atlanta, GA 30361
   Telephone:   (404) 521-3939
8  Facsimile:   (404) 581-8330

9  Stuart W. Yothers (*Pro Hac Vice*)
   syothers@jonesday.com
10 JONES DAY
   250 Vesey Street
11 New York, NY 10281
   Telephone:   (212) 326-3939
12 Facsimile:   (212) 755-7306

13 *Attorneys for Defendant*
   *Matthews International Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEWS INTERNATIONAL CORPORATION, <br><br> Defendant. | Case No. 24-cv-03615-EJD <br><br> **DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br><br> Judge: Hon. Edward J. Davila <br> Complaint Filed: June 14, 2024 |

**PUBLIC / REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Document submitted entirely under seal.