David C. Kiernan (SBN 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5745
Facsimile: (415) 875-5700

Ryan K. Walsh (*pro hac vice*)
rkwalsh@jonesday.com
JONES DAY
1221 Peachtree Street, N.E.
Atlanta, GA 30361
New York, NY 10281
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

Stuart W. Yothers (*pro hac vice*)
syothers@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendant Matthews
International Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEWS INTERNATIONAL CORPORATION<br><br>　　　　　Defendant. | Case No. 24-cv-03615-EJD<br><br>**DECLARATION OF RYAN K. WALSH IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Ryan K. Walsh, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the state of Georgia. I have been allowed to appear *pro hac vice* in this action. I am a partner at Jones Day, attorneys of record for Defendant Matthews International Corporation ("Matthews") in this action. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify to such facts under oath.

2. I submit this Declaration in support of Matthews' Administrative Motion to Consider Whether Cases Should Be Related ("Motion"). I have reviewed this Motion.

3. In the Motion, Matthews explains why *Tesla, Inc. v. Matthews International Corporation*, Case No. 25-cv-01533-SVK and *Tesla, Inc. v. Matthews International Corporation*, Case No. 24-cv-03615-EJD meet the definition of "related cases" under Civil Local Rule 3-12(a).

4. As contemplated by Civil Local Rule 7-11, Matthews attempted to determine the position of the other parties to the foregoing cases regarding whether the cases are related.

5. I spoke with counsel for Tesla, Inc. ("Tesla") on the phone on February 14, 2025 regarding this Motion. After that telephone conversation, counsel for Tesla requested a follow-up conference regarding this Motion, which was held over Microsoft Teams on February 18, 2025. Counsel for Tesla did not agree that the above-referenced actions met the definition of "related cases" under Civil Local Rule 3-12(a).

6. For the foregoing reasons, Matthews was not able to obtain a stipulation to accompany the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 13, 2025                                    JONES DAY

                                                         By: */s/ Ryan K. Walsh*
                                                             Ryan K. Walsh

                                                         *Attorney for Defendant Matthews International Corporation*

- 1 -

Walsh Decl. ISO Defendant's
Admin. Mot. to Relate Cases
Case No. 24-cv-03615-EJD

1  Pursuant to Local Rule 5-1, the below filer attests that concurrence in the filing of this
2  document has been obtained from the above Signatory.

By: */s/ David C. Kiernan*
David C. Kiernan