David C. Kiernan (SBN 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 875-5745
Facsimile:     (415) 875-5700

Ryan K. Walsh (*pro hac vice*)
rkwalsh@jonesday.com
JONES DAY
1221 Peachtree Street, N.E.
Atlanta, GA  30361
Telephone:    (404) 521-3939
Facsimile:     (404) 581-8330

Stuart W. Yothers (*pro hac vice*)
syothers@jonesday.com
JONES DAY
250 Vesey Street
New York, NY  10281
Telephone:    (212) 326-3939
Facsimile:     (212) 755-7306

*Attorneys for Defendant Matthews International Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TESLA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>　　　　Defendant. | Case No: 24-cv-03615-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

[Proposed] Order Granting
Admin. Mot. to Relate Cases
Case No. 24-cv-03615-EJD

NAI-1543227967v1

1   Before the Court is an Administrative Motion to Consider Whether Cases Should Be
2   Related.
3   For the reasons stated in the Administrative Motion, as well as the Complaints filed in the
4   cases at issue, the Court concludes and hereby orders that *Tesla, Inc. v. Matthews International*
5   *Corporation*, Case No. 25-cv-01533-SVK is related to *Tesla, Inc. v. Matthews International*
6   *Corporation*, Case No. 24-cv-03615-EJD.
7   The Court further orders that *Tesla, Inc. v. Matthews International Corporation*, Case No.
8   25-cv-01533-SVK is reassigned to Judge Edward J. Davila.

**SO ORDERED.**

Dated: _____, 2025

_____
Hon. Edward J. Davila
United States District Court Judge