United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

MATTHEWS INTERNATIONAL
CORPORATION, et al.,

Case No. 25-cv-03325-EKL

8

Plaintiffs,

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

9

v.

10

TESLA, INC.,

11

Defendant.

12

13

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14

Honorable Edward J. Davila for consideration of whether the case is related to Case Nos. 24-cv-

15

03615 and 25-cv-01533.

16

**IT IS SO ORDERED.**

17

Dated:  May 6, 2025

18

_____

19

EUMI K. LEE
United States District Judge

20

21

22

23

24

25

26

27

28