1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6                                     SAN JOSE DIVISION

7

8       TESLA, INC.,                                Case No.  24-cv-03615-EJD (VKD)

9                          Plaintiff,

10                                                  **DISCLOSURE ORDER**

          v.

11
        MATTHEWS INTERNATIONAL
12      CORPORATION,

                          Defendant.
13

14          Defendant Matthews International Corporation states that BlackRock, Inc. owns 10% or

15   more of its stock.  Dkt. No. 14.

16          The parties are hereby advised that although BlackRock, Inc. itself was not a client of the

17   undersigned magistrate judge, the undersigned did represent entities affiliated with BlackRock,

18   Inc. while in private practice at Fenwick & West, LLC before she was appointed as a magistrate

19   judge in this district in June 2018.  The undersigned has not represented BlackRock, Inc. or any

20   affiliated entity in this matter and does not have knowledge of any of the disputed facts.  However,

21   entities affiliated with BlackRock, Inc. were, and may still be, clients of Fenwick.  The

22   undersigned is not aware that any Fenwick lawyer is or was involved in representing BlackRock,

23   Inc. or any affiliated entity in this action, or that any Fenwick lawyer is likely to be a material

24   witness in this matter.

25          The undersigned magistrate judge does not believe these circumstances require her

26   disqualification from this matter under Canon 3(C)(1) of the Code of Conduct for United States

27   Judges or 28 U.S.C. § 455.  However, she wishes to provide the parties an opportunity to state

28   their positions otherwise and have the matter considered.  Accordingly, each party is directed to

*United States District Court*
*Northern District of California*

1  file a response to this order stating whether or not it objects to the magistrate judge's acting in this

2  matter, and the grounds for any such objection, including (as applicable) an affidavit conforming

3  to the requirements of 28 U.S.C. § 144, on or before **May 19, 2025**.

4  **IT IS SO ORDERED.**

5  Dated: May 9, 2025

Virginia K. DeMarchi
United States Magistrate Judge