David C. Kiernan (SBN 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Ryan K. Walsh (*Pro Hac Vice*)
rkwalsh@jonesday.com
JONES DAY
1221 Peachtree Street, N.E.
Atlanta, GA  30361
Telephone:     (404) 521-3939
Facsimile:     (404) 581-8330

Stuart W. Yothers (*Pro Hac Vice*)
syothers@jonesday.com
JONES DAY
250 Vesey Street
New York, NY  10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Attorneys for Defendant*
*Matthews International Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>             Defendant. | Case No. 24-cv-03615-EJD<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TESLA'S PETITION TO CONFIRM PERMANENT INJUNCTION ENTERED IN ARBITRATION (ECF NO. 109)**<br><br>Judge:   Hon. Edward J. Davila<br>Complaint Filed:  June 14, 2024 |

Defendant Matthews International Corporation ("Matthews") hereby notifies the Court that it does not oppose Plaintiff Tesla, Inc.'s Administrative Motion to File Under Seal (ECF No. 109) at this time. Matthews reserves the right to file a motion to unseal upon resolution of related disputes. *Cf.* ECF Nos. 63, 67.

Dated: February 24, 2026                    JONES DAY


                                            By: */s/ Ryan K. Walsh*
                                                Ryan K. Walsh

                                            Attorneys for Defendant
                                            Matthews International Corporation