David M. Barkan (CA 160825 / barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Robert Courtney (CA 248392 / courtney@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070

A. Louis Dorny (CA 212054 / ldorny@tesla.com)
Terry Ahearn (CA 216543 / tahearn@tesla.com)
TESLA, INC.
1501 Page Mill Road
Palo Alto, CA 94304
Tel: (510) 298-8516

Paul Margulies (*pro hac vice* / pmargulies@tesla.com)
TESLA, INC.
800 Connecticut Ave. NW
Washington, DC 20006
Tel: (202) 695-5388

Attorneys for Plaintiff TESLA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEWS INTERNATIONAL<br>CORPORATION, a Pennsylvania corporation,<br><br>    Defendant. | Case No. 5:24-cv-03615-EJD-VKD<br><br>**TESLA'S RESPONSE TO MATTHEWS'**<br>**ADMINISTRATIVE MOTION TO FILE**<br>**UNDER SEAL (DKT. 118)** |

Pursuant to Civil Local Rule 7-11(b), Tesla states that it does not oppose sealing the material designated in Matthews' Administrative Motion to File Under Seal, Dkt. 118. Exhibit A to the Declaration of Ryan Walsh (i.e., Dkt. 118-03; *see also* Dkt. 119-03) includes additional information for which sealing is warranted. Tesla will demonstrate the basis for further sealing Exhibit A to the Declaration of Ryan Walsh in Tesla's Response to Matthews' Administrative Motion to Consider

1

Whether Another Party's Material Should Be Sealed (i.e., Dkt. 119).  Tesla respectfully asks that the Court not publish any part of Walsh Exhibit A until consideration of both sealing motions (Dkts. 118 and 119) is complete, as contemplated by Civil Local Rule 79-5(f)(5).

Dated:  March 10, 2026                              FISH & RICHARDSON P.C.

                                                    By:  */s/ Robert Courtney*
                                                         Robert Courtney

                                                    Attorney for Plaintiff,
                                                    TESLA, INC.

2