UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEWS INTERNATIONAL CORPORATION, a Pennsylvania corporation, <br><br> Defendant. | Case No. 5:24-cv-03615-EJD-VKD <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE; CONTINUING HEARING <br><br> * AS MOFIFIED * |

The parties thus jointly request an order aligning dates, granting leave for Tesla to file a single consolidated reply/cross-response, and setting the date for any cross-reply, as follows:

| Event | Deadline |
|---|---|
| Tesla's consolidated reply/cross-response (not to exceed 25 pages) | Friday, March 20, 2026 |
| Matthews' cross-reply (not to exceed 15 pages) | Thursday, March 26, 2026 |
| Hearing on Tesla's petition and on Matthews' cross-motion[1] | 9:00 a.m. ~~Thursday, April 2, 2026~~ <br> Wednesday, April 29, 2026 |

---

[1] As directed by the Court, Matthews set the hearing date for its cross-motion on March 6, 2026, which is 27 days before the proposed hearing. Matthews is willing to reduce the time to file its reply brief by one day to allow seven full days between its reply brief and the noticed hearing date. The parties jointly request that the Court deem the cross-motion timely under Civil Local Rule 7-2(a).

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated: March 12, 2026

Hon. Edward J. Davila
United States District Judge